**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**



United States District Court
Southern District of Texas
FILED

AUG 2 8 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| *CARLOS TREVINO, ET AL.,* | § | |
| Plaintiffs, | § | |
| | § | |
| *v.* | § | Civil Action No. B - 0 2 - 1 6 5 |
| | § | |
| *TEXAS DEPARTMENT OF PUBLIC* | § | |
| *SAFETY AND OFFICER RAUL GARZA* | § | |
| Defendants. | § | |

**DEFENDANTS' NOTICE OF REMOVAL**

TO THE HONORABLE JUDGE OF THE DISTRICT COURT:

NOW COME Defendants the Texas Department of Public Safety (DPS) and Officer Raul Garza, by and through counsel, the Office of the Attorney General for the State of Texas, and file this Notice of Removal of the above styled cause of action. In support thereof, Defendant DPS respectfully states the following:

**I.**

**GROUNDS FOR REMOVAL**

Defendants remove this case pursuant to 28 U.S.C. § 1441. This case, styled *Carlos Trevino, Sylvia Pinales, Alejandro Trevino, Claudia Pinales, and Elsa Guerrero v. The State of Texas (Department of Public Safety) and Raul Garza (State Trooper)* was originally filed in the 404th Judicial District Court of Cameron County, Texas in Cause No. 2002-06-2558-G. Plaintiffs, Carlos Trevino, Sylvia Pinales, Alejandro Trevino, Claudia Pinales, and Elsa Guerrero ("Plaintiffs") demanded a jury trial in their Original Petition.

Plaintiff filed this action on June 27, 2002. Defendant Garza was served with Plaintiff's Original Petition and citation on July 18, 2002, while Defendant DPS was served on July 19, 2002. Therefore, this Notice of Removal is timely field under 28 U.S.C. § 1446(b) within 30 days of receipt of the initial pleading setting forth the claim for relief.

Plaintiffs brought this civil action in state court pursuant to 42 U.S.C. § 1983 and the Texas Tort Claims Act for alleged civil rights violations, negligence, and wrongful acts arising from a traffic stop on July 22, 2001, by Trooper Garza and other unnamed law enforcement personnel. Specifically, Plaintiffs allege that while traveling in a truck driven by Carlos Trevino in Cameron County "Department of Transportation[1] vehicles and other government vehicles" passed them at high speed stopping ahead and laying down spikes in the road. Plaintiffs allege that upon stopping the vehicle (apparently before coming into contact with the spikes) Defendant Garza and other law enforcement officers ran towards the truck with their guns raised. Plaintiffs allege that Trooper Garza then physically and verbally assaulted them.

Removal is proper under 28 U.S.C. § 1441(a) because this Court has original jurisdiction over this lawsuit pursuant to 28 U.S.C. § 1331 as it appears on the face of the Plaintiff's Original Petition that the cause of action arises under the Constitution and the laws of the United States. With respect to the purported state law claim, Defendants seek removal of the entire case pursuant to 28 U.S.C. § 1441(c) for the district court's determination as to all issues.

Under § 1441(a), venue of the removed action is proper in this Court as the district and division embracing the place where the state action is pending.

Defendants, as the removing party, will promptly give adverse parties written notice of the filing of this Notice of Removal and file a copy of same with the Clerk of the 404th District Court of the State of Texas, Cameron County, where the action is currently pending, as required by § 1446(d).

In support of this notice of Removal, and as required by 28 U.S.C. § 1446(a) and Southern District Local Rule LR81, Defendants attach the following:

---

[1] Throughout their Petition, Plaintiffs errantly refer to DPS as the Department of Transportation.

1.    All executed process in the case,

2.    Plaintiff's Original Petition,

3.    All Orders signed by the state judge,

4.    The docket sheet,

5.    An index of matters being filed, and

6.    Counsel of Record.

ACCORDINGLY, Defendants DPS and Trooper Raul Garza respectfully pray that this cause be removed to the United States District Court for the Southern District of Texas, Brownsville Division, pursuant to 28 U.S.C. § 1446.

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

HOWARD G. BALDWIN, JR.
First Assistant Attorney General

MICHAEL T. MCCAUL
Deputy Attorney General For Criminal
Justice

PHILLIP E. MARRUS
Assistant Attorney General
Chief, Law Enforcement Defense Division

CARLOS D. LOPEZ
Assistant Attorney General
State Bar No. 24007566
Southern District No. 26740
Attorney-In-Charge

P. O. Box 12548, Capitol Station
Austin, Texas 78711
512.463.2080
512.495.9139 (Fax)

**ATTORNEYS FOR DEFENDANTS DPS
AND GARZA**

## CERTIFICATE OF SERVICE

I, Carlos D. Lopez, Assistant Attorney General of Texas, do hereby certify that a true and

correct copy of this **Defendants' Notice of Removal** has been served by United States Mail on

August 15th, 2002, addressed to:

Reynaldo G. Garza, III
Attorney and Counselor at Law
680 E. St. Charles, Ste. 110
Brownsville, Texas 78520
(956) 574 9502
*Counsel for Plaintiffs*

CARLOS D. LOPEZ
Assistant Attorney General

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| *CARLOS TREVINO, ET AL.,* | § | |
| Plaintiffs, | § | |
| | § | |
| *v.* | § | **Civil Action No.**_____ |
| | § | |
| *TEXAS DEPARTMENT OF PUBLIC* | § | |
| *SAFETY AND OFFICER RAUL GARZA* | § | |
| Defendants. | § | |

**DEFENDANTS' NOTICE OF REMOVAL**

# ATTACHMENT 1

RETURN OF OFFICER

Came to hand the **10TH** day of **JULY**, **2002**, at **1.30** o'clock **P**.M., and executed (~~not executed~~) on the **12**th day of **JULY**, **2002** by ~~delivering to~~ **CERTIFIED MAIL#7000-1530-0004-0763-7825** in person a true copy of this Citation, upon which I endorsed the date of delivery, together with the accompanying copy of the **PLAINTIFFS ORIGINAL PETITION**

Cause of failure to execute this citation is: **N/A**

FEES serving 1 copy

Total....... $_____

Fees paid by: _____

Sheriff/constable **CAMERON** County,

By _____ **Amadeo Rodriguez** _____ Deputy
**Civil Process Service**

FILED 11:50 O'CLOCK __ A__ M
AT _____ AURORA DE LA GARZA DIST CLERK
JUL 23 2002
BY _____ COUNTY, TEXAS
_____ DEPUTY

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly) RECEIVED IN MAIL CENTER Date of Delivery<br>C. Signature JUL 15 2002 ☐ Agent ☐ Addressee<br>X Office of the Attorney General<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br>le ot Texas<br>e DF ATTORNEY GENERAL<br>0 W. 15TH ST.<br>V. Texas 78701 OR<br>PO. Box 12548<br>T. TX. 78711-2548 | 3. Service Type<br>☑ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Copy from service label)<br>7000-1530-0004-0763-8150 | |

PS Form 3811, July 1999 — Domestic Return Receipt — 102595-00-M-0952



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

| | |
|---|---|
| Postage $ | 60 |
| Certified Fee | 230 |
| Return Receipt Fee (Endorsement Required) | 175 |
| Restricted Delivery Fee (Endorsement Required) | — |
| Total Postage & Fees | $4.65 |

Sent To STATE OF TX.—Office of Attorney General
Street, Apt. No.; or PO Box No. 300 W. 15th ST OR P.O.B 12548
City, State, ZIP+4 AUSTIN, TX. 78711-2548

PS Form 3800, May 2000          See Reverse for Instructions

7000 1530 0004 0763 8150

Citation for Personal Service - NON-RESIDENT NOTICE    Lit. Seq. # 5.007.01

### No. 2002-C6-002558-G

## THE STATE OF TEXAS    ORIGINAL

NOTICE TO DEFENDANT:  You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: RAUL GARZA
    2812 S. INTERNATIONAL BLVD.
    BOX 762
    WESLACO, TEXAS 78596

the _____ DEFENDANT _____, GREETING:

You are commanded to appear by filing a written answer to the

PLAINTIFF'S ORIGINAL PETITION

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court 404th Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas.  Said _____ PETITION _____ was filed on __ JUNE 27, 2002 __.  A copy of same accompanies this citation.

The file number of said suit being No. 2002-06-002558-G.

The style of the case is:

CARLOS TREVINO, SYLVIA PINALES, ALEJANDRO TREVINO
VS.
THE STATE OF TEXAS (DEP. OF PUBLIC SAFETY) & RAUL

Said petition was filed in said court by _____ REYNALDO GARZA, III _____ (Attorney for _____ PLAINTIFF _____), whose address is 680 E. ST. CHARLES, STE. 110  BROWNSVILLE, TEXAS    78520 _____.

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 28th day of _____ JUNE _____ A.D. 2002.

AIDA DOCHA DE LA GARZA____ , DISTRICT CLERK

Cameron County, Texas

974 E. Harrison St.

Brownsville, Texas 78521

By _____ , Deputy

R E T U R N   O F   O F F I C E R

Came to hand the 10TH day of July , 2002 , at 1:30 o'clock P .M. , and executed (not executed) on the 12th day of July , 2002 , by ~~delivering to~~ C/M 2001-0320-0005-7664-2351 ~~in person~~ a true copy of this Citation, upon which I endorsed the date of delivery, together with the accompanying copy of the PLAINTIFF'S ORIGINAL PETITION

Cause of failure to execute this citation is: N/A

Amadeo Rodriguez
Civil Process Service

FEES serving 1 copy

Total..... $ _____

Fees paid by: _____

~~Sheriff/Constable~~ CAMERON County,

By CNRocuy ~~Deputy~~

Time 11:50 o'clock A M
AURELIO XXXXXX DIST CLERK
JUL 2 3 2002
Xlando XXXXXX

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

RAUL GARZA
2812 S. INTERNATIONAL BLVD
BOX 762
WESLACO, TX. 78596

2. Article Number (Copy from service label)

7001 0320 0005 7664 2351

PS Form 3811, July 1999    Domestic Return Receipt    102595-99-M-1789

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)    B. Date of Delivery
Raul Garza    7-18-02

C. Signature
X    ☐ Agent    ☐ Addressee

D. Is delivery address different from item 1?    ☐ Yes
If YES, enter delivery address below:    ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

| | |
|---|---|
| Postage | $ 60 |
| Certified Fee | 230 |
| Return Receipt Fee (Endorsement Required) | 175 |
| Restricted Delivery Fee (Endorsement Required) | - |
| Total Postage & Fees | $ 465 |

Sent To  RAUL GARZA
Street, Apt. No.; or PO Box No.  2812 INTERNATIONAL BLVD BOX 762
City, State, ZIP+4  WESLACO, TX 78596

PS Form 3800, January 2001    See Reverse for Instructions

Citation for Personal Service - NON-RESIDENT NOTICE     Lit. Seq. # 5.006.01

No. 2002-06-002558-G



T H E   S T A T E   O F   T E X A S

NOTICE TO DEFENDANT: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: THE STATE OF TEXAS
    5805 N. LAMAR BLVD., BOX 4087
    AUSTIN, TEXAS 78773-0001

the _____ DEFENDANT _____ , GREETING:

    You are commanded to appear by filing a written answer to the

PLAINTIFF'S ORIGINAL PETITION

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court 404th Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas. Said _____ PETITION _____ was filed on ___ JUNE 27, 2002 ___. A copy of same accompanies this citation.

The file number of said suit being No. 2002-06-002558-G.

The style of the case is:

CARLOS TREVINO, SYLVIA PINALES, ALEJANDRO TREVINO
VS.
THE STATE OF TEXAS (DEP. OF PUBLIC SAFETY) & RAUL

Said petition was filed in said court by _____ REYNALDO GARZA, III
(Attorney for _____ PLAINTIFF _____ ), whose address is
680 E. ST. CHARLES, STE. 110   BROWNSVILLE, TEXAS   78520

    The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

    The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

    Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 28th day of _____ JUNE _____ A. D. 2002

Texas, this 28th day of June 2002

AURORA DE LA GARZA _____, DISTRICT CLERK
Cameron County, Texas
974 E. Harrison St.
Brownsville, Texas 78521

_____, Deputy

RETURN OF OFFICER

Came to hand the 10ᵗʰ day of July , 2002 , at 1:30 o'clock P .M., and executed (not executed) on the 15ᵗʰ day of July , 2002 , by delivering to C/M 7000-1530-0004-0763-8150 in person a true copy of this Citation, upon which I endorsed the date of delivery, together with the accompanying copy of the PLAINTIFF'S ORIGINAL PETITION

Cause of failure to execute this citation is: N/A

Amadeo Rodriguez
Civil Process Service

FEES serving 1 copy

Total....... $ _____          Sheriff/constable CAMERON County,

Fees paid by: _____          By _____ Deputy



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ᵗᵉ oᵗ TEXAS
5 N. LAMAR. BLVD.
IN. TEXAS.
78773-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of De
JUL 1 6 2002

C. Signature
X  L. Rodriquez         ☐ Agen
                        ☐ Addr

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

JOE L RODRIGUEZ
5805 N. LAMAR BLVD. 78752

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchan
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)          ☐ Yes

2. Article Number (Copy from service label)
7000-1530-0004-0763-782

PS Form 3811, July 1999        Domestic Return Receipt        103595-00-M-0

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only, No Insurance Coverage Provided)*

7000 1530 0004 0763 7825

| | |
|---|---|
| Postage | $ 60 |
| Certified Fee | 230 |
| Return Receipt Fee (Endorsement Required) | 175 |
| Restricted Delivery Fee (Endorsement Required) | — |
| Total Postage & Fees | $ 4.65 |

Sent To  STATE Of TEXAS
Street, Apt. No.; or PO Box No.  5805 N. LAMAR
City, State, ZIP+4  AUSTIN, TX. 78773-0001

PS Form 3800, May 2000        See Reverse for Instructions

Citation for Personal Service - <u>NON-RESIDENT NOTICE</u>    Lit. Seq. # <u>5.006.01</u>

No. <u>2002-06-002558-G</u>

T H E   S T A T E   O F   T E X A S



NOTICE TO DEFENDANT:  You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: THE STATE OF TEXAS
    OFFICE OF ATTORNEY GENERAL
    300 W. 15TH ST.
    AUSTIN, TEXAS 78701 OR
    P.O. BOX 12548
    AUSTIN, TEXAS 78711-2548
the _____DEFENDANT_____ , GREETING:

You are commanded to appear by filing a written answer to the

<u>PLAINTIFF'S ORIGINAL PETITION</u>

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court 404th Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas.  Said _____PETITION_____ was filed on __JUNE 27, 2002__ .  A copy of same accompanies this citation.

The file number of said suit being No. <u>2002-06-002558-G</u>.

The style of the case is:

<u>CARLOS TREVINO, SYLVIA PINALES, ALEJANDRO TREVINO</u>
<u>VS.</u>
<u>THE STATE OF TEXAS(DEP. OF PUBLIC SAFETY) & RAUL</u>

Said petition was filed in said court by _____<u>REYNALDO GARZA, III</u>_____
(Attorney for _____PLAINTIFF_____ }, whose address is
<u>680 E. ST. CHARLES, STE. 110   BROWNSVILLE, TEXAS    78520</u>

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville,

Texas, this the 28th day of    JUNE    A.D. 2002.

AURORA DE LA GARZA_____, DISTRICT CLERK

Cameron County, Texas

974 E. Harrison St.

Brownsville, Texas 78521

By_____, Deputy

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| *CARLOS TREVINO, ET AL.,* | § | |
| Plaintiffs, | § | |
| | § | |
| *v.* | § | Civil Action No._____ |
| | § | |
| *TEXAS DEPARTMENT OF PUBLIC* | § | |
| *SAFETY AND OFFICER RAUL GARZA* | § | |
| Defendants. | § | |

**DEFENDANTS' NOTICE OF REMOVAL**

# ATTACHMENT 2

# REYNALDO G. GARZA, III

## Attorney and Counselor at Law

680 E. St. Charles, Suite #110
Brownsville, Texas 78520
Tel. (956) 574-9502
Fax. (956) 574-9506

June 25, 2002

Aurora De La Garza
Cameron County District Clerk
Cameron County Court House
974 E. Harrison Street
Brownsville, Texas 78520

RE: **CARLOS TREVINO, SYLVIA PINALES, ALEJANDRO TREVINO, CLAUDIA PINALES and ELSA GUERRERO vs. THE STATE OF TEXAS ( DEPARTMENT OF PUBLIC SAFETY) and RAUL GARZA (STATE TROOPER)**

Dear Ms. De La Garza:

Enclosed for filing in connection with the above-referenced cause of action is an original and four copies of **Plaintiff's Original Petition**. Please return a file stamped copy of the document to the undersigned.

We are also requesting service via certified mail return receipt requested upon both defendants'. Mr. Amadeo Rodriguez will be performing service or process. When you have prepared the citation please forward this document to him.

If you have any questions regarding this matter, please contact my office at the number listed above.

Respectfully,

Reynaldo G. Garza, III (Trey)

RGG/or
Encls.

CAUSE NO. 2002-06-2558-D

| | | |
|---|---|---|
| Carlos Trevino, Sylvia Pinales, | § | IN THE DISTRICT COURT |
| Alejandro Trevino, Claudia Pinales, | § | |
| and Elsa Guerrero | § | |
| | § | 404 JUDICIAL DISTRICT |
| VS. | § | |
| | § | |
| The State of Texas (Department | § | |
| of Public Safety) and | § | |
| Raul Garza (State Trooper) | § | OF CAMERON COUNTY, TEXAS |

FILED ___ 11:15 O'CLOCK ___
JOAQUIN DE LA GARZA DIST. CLER
JUN 27 2002
DIST. CLERK OF CAMERON COUNTY

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Carlos Trevino, Sylvia Pinales, Alejandro Trevino, Claudia Pinales and Elsa Guerrero, Plaintiffs, complaining of The State of Texas (Texas Department of Transportation), hereinafter referred to as Texas Department of Transportation, Raul Garza, a Texas Department of Transportation State Trooper, hereinafter referred to as State Trooper, and for such cause of action, would respectfully show unto the Court and the Jury as follows:

### A.

### DISCOVERY CONTROL PLAN

Plaintiff intends to conduct discovery under Level 2 of the Texas Rules of Civil Procedure 190.

### B.

### PARTIES

Plaintiff, Carlos Trevino, is an individual residing in Cameron County, Texas.

Plaintiff, Sylvia Pinales, is an individual residing in Cameron County, Texas.

Plaintiff, Alejandro Trevino, is an individual residing in Cameron County, Texas.

Plaintiff, Claudia Pinales, is an individual residing in Cameron County, Texas.

Plaintiff, Elsa Guerrero, is an individual residing in Cameron County, Texas.

Defendant, The State of Texas (Texas Department of Transportation) should be served by certified mail, return receipt requested, at 5805 N. Lamar Blvd., Box 4087, Austin, Texas 78773-0001 and at the Office of the Attorney General located at 300 W. 15th St, Austin, Texas 78701 or P.O. Box 12548, Austin, Texas  78711-2548.

Defendant, Raul Garza (State Trooper), should be served by certified mail, return receipt requested, at 2812 S. International Blvd., Box 762, Weslaco, Texas  78596.

C.

VENUE

This Court has venue over this lawsuit in that the events made the basis of this lawsuit occurred in substantial part or in whole in Cameron County.

D.

FACTUAL BACKGROUND

On or about July 22, 2001 at about 4:00 p.m., the Plaintiffs were traveling back from San Antonio in a Ford F-150 truck.    Just after entering Cameron County, Texas Department of Transportation vehicles and other government vehicles suddenly passed Plaintiffs at a high rate of speed.  Mr. Trevino noticed that they pulled over ahead of him so he began to slow his vehicle.  He noticed a State Trooper throw a layer of spikes in the road.  He stopped his vehicle and the Defendant, Trooper Raul Garza and other law enforcement officers ran towards the truck with their guns raised.  It was at this point that

Trooper Garza began physically and verbally assaulting the Plaintiffs. Carlos Trevino was grabbed by the neck and yanked out of the truck by Trooper Garza. He landed face down on the pavement where he was handcuffed. Mr. Trevino was left face down on the hot pavement. With their guns raised, the State Troopers and other law enforcement officers were also yelling at Mrs. Pinales. She was so nervous that when she stepped out of the truck she sprained her ankle. At this point she was told to get face down on the hot pavement. Alejandro Trevino, Claudia Pinales, and Elsa Guerrero were also verbally assaulted by the State Troopers and forced to lie face down on the hot payment. At all times during this incident the STATE TROOPER and other law enforcement officers had their guns raised and pointed at the Plaintiffs. Shortly thereafter, a call came in over the radio and Trooper Garza and the other State Troopers released the Plaintiffs, giving them no explanation for what had happened. At all times relevant to this suit, Trooper Raul Garza and the other State Troopers were employed by the Texas Department of Transportation and acting under color of law.

E.

### 1983 CAUSE OF ACTION

The actions and omissions committed by the Defendants are in violation of 42 U.S.C. § 1983.

On information and belief, the abuse to which Plaintiffs were subjected was consistent with an institutionalized practice of the Texas Department of Transportation. Having been known and ratified, the Texas Department of Transportation has taken no effective actions to prevent its employees, including Defendant Trooper Garza, from

continuing such abuses. Texas Department of Transportation authorized, tolerated and ratified the misconduct described above by:

A)      Failing to properly discipline, control; and restrict employees, including Defendant Trooper Garza, known to be irresponsible in their dealings with citizens of the state;

B)      Failing to take adequate precautions in the hiring, promotion, and retention of police personnel, including specifically Defendant Trooper Garza.

### F.

### TEXAS TORT CLAIMS ACT

Defendants negligence and wrongful acts while using a motor vehicle, personal property and real property, while in the course and scope of employment, were the proximate cause of injuries suffered by Plaintiffs.

### G.

### DAMAGES

As a result of the actions and omissions described above Plaintiffs suffered the following injuries and damages:

A)      Physical pain and suffering in the past;

B)      Physical pain and suffering in the future;

C)      Medical expenses in the past;

D)      Medical expenses in the future;

E)      Mental anguish in the past;

F)      Mental anguish in the future;

G)    Any other damages which Plaintiffs can show themselves entitled to receive.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs, Carlos Trevino, Sylvia Pinales, Alejandro Trevino, Claudia Pinales and Elsa Guerrero, pray that they recover judgment against Defendant, The State of Texas (Texas Department of Transportation) and Defendant Raul Garza, for damages in an amount not to exceed the jurisdictional limits of this Court, plus interest thereon at the legal rate, for pre-judgment and post-judgment interest as allowed by law, for costs of court, and for such other relief, general or specific, legal or equitable, to which Plaintiffs may show themselves justly entitled.

Respectfully submitted,

By:_____

Reynaldo Garza, III
Attorney at Law
State Bar No.: 24008806
Fed Id No.: 23747
680 E. St. Charles, Ste. 110
Brownsville, Texas   78520
Tel. (956) 574-9502
Fax. (956) 574-9506

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| *CARLOS TREVINO, ET AL.,* | § | |
| Plaintiffs, | § | |
| | § | |
| *v.* | § | **Civil Action No._____** |
| | § | |
| *TEXAS DEPARTMENT OF PUBLIC* | § | |
| *SAFETY AND OFFICER RAUL GARZA* | § | |
| Defendants. | § | |

**DEFENDANTS' NOTICE OF REMOVAL**

# ATTACHMENT 3

No orders signed by the state judge appear in the **Clerk's Record.**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| *CARLOS TREVINO, ET AL.,* | § | |
| Plaintiffs, | § | |
| | § | |
| *v.* | § | Civil Action No._____ |
| | § | |
| *TEXAS DEPARTMENT OF PUBLIC* | § | |
| *SAFETY AND OFFICER RAUL GARZA* | § | |
| Defendants. | § | |

DEFENDANTS' NOTICE OF REMOVAL

# ATTACHMENT 4

RUN DATE 01
RUN TIME A

# CIVIL DOCKET - JUDGE'S ENTRIES

## RULE 26-TRCP

PAGE: 01

CASE NO. 2002-06-002558-G

| NAME OF PARTIES | ATTORNEYS | KIND OF ACTION | DATE OF FILING MONTH | DAY | YEAR |
|---|---|---|---|---|---|
| | | | 06 | 27 | 02 |
| CARLOS TREVINO, SYLVIA PINALES, ALEJANDRO TREVINO | 00506302<br>REYNALDO GARZA, III<br>680 E. ST. CHARLES, STE. 110<br>BROWNSVILLE, TEXAS   78520 0000 | (10)<br>DAMAGES | JURY FEE \$ | | |
| VS | | | PAID BY | | |
| THE STATE OF TEXAS (DEP. OF PUBLIC SAFETY) & RAUL | | | | | |

**DATE OF ORDERS**

**COURT'S DOCKET (Rule 26, TRCP)**

RUN DATE 08/15/02
RUN TIME  2:50 PM

PAGE: 01

* * * *   C L E R K ' S   E N T R I E S   * * * *

2002-06-002558-G

CARLOS TREVINO, SYLVIA PINALES, ALEJANDRO TREVINO        06    27    02

VS

THE STATE OF TEXAS (DEP. OF PUBLIC SAFETY) & RAUL

00506302
REYNALDO GARZA, III
680 E. ST. CHARLES, STE. 110
BROWNSVILLE, TEXAS   78520 0000

(10)
DAMAGES

06/27/02 ORIGINAL PETITION FILED
06/28/02 CITATION: THE STATE OF TEXAS
06/28/02      SERVED: 07/15/02   FILED: 07/23/02
06/28/02 CITATION: THE STATE OF TEXAS
05/28/02      SERVED: 07/16/02   FILED: 07/23/02
06/28/02 CITATION: RAUL GARZA
06/28/02      SERVED: 07/18/02   FILED: 07/23/02

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| *CARLOS TREVINO, ET AL.,* | § | |
| Plaintiffs, | § | |
| | § | |
| *v.* | § | **Civil Action No._____** |
| | § | |
| *TEXAS DEPARTMENT OF PUBLIC* | § | |
| *SAFETY AND OFFICER RAUL GARZA* | § | |
| Defendants. | § | |

**DEFENDANTS' NOTICE OF REMOVAL**

# ATTACHMENT 5

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| *CARLOS TREVINO, ET AL.,* | § | |
| Plaintiffs, | § | |
| | § | |
| *v.* | § | **Civil Action No._____** |
| | § | |
| *TEXAS DEPARTMENT OF PUBLIC* | § | |
| *SAFETY AND OFFICER RAUL GARZA* | § | |
| Defendants. | § | |

**DEFENDANTS' NOTICE OF REMOVAL**


**INDEX OF MATTERS BEING FILED**

5.   Notice of Removal with attachments in the matter of *Carlos Trevino, Sylvia Pinales, Alejandro Trevino, Claudia Pinales, and Elsa Guerrero v. The State of Texas (Department of Public Safety) and Raul Garza (State Trooper)* in the 404th Judicial District Court of Cameron County, Texas in Cause No. 2002-06-2558-G.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| *CARLOS TREVINO, ET AL.,* | § | |
| Plaintiffs, | § | |
| | § | |
| *v.* | § | Civil Action No._____ |
| | § | |
| *TEXAS DEPARTMENT OF PUBLIC* | § | |
| *SAFETY AND OFFICER RAUL GARZA* | § | |
| Defendants. | § | |

DEFENDANTS' NOTICE OF REMOVAL

# ATTACHMENT 6

**Counsel of Record:**

*For Plaintiffs*:
Reynaldo G. Garza, III
Attorney and Counselor at Law
680 E. St. Charles, Ste. 110
Brownsville, Texas 78520
(956) 574 9502

*For Defendants*:
Carlos D. Lopez
Assistant Attorney General
Law Enforcement Defense Division
P.O. Box 12548
Capitol Station
Austin, Texas 78711
(512) 463-2080

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 2 8 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| *CARLOS TREVINO, ET AL.,* §<br>Plaintiffs, §<br> §<br>*v.* §<br> §<br>*TEXAS DEPARTMENT OF PUBLIC* §<br>*SAFETY AND OFFICER RAUL GARZA* §<br>Defendants. § | Civil Action No. **B - 0 2 - 1 6 5** |

### DEFENDANTS' CERTIFICATE OF NOTICE

TO THE HONORABLE JUDGE OF THE DISTRICT COURT:

The undersigned, counsel for DPS and Trooper Raul Garza, certifies that on August 15, 2002,

a copy of the Notice of Removal of this action was filed with the clerk of the 404th Judicial District

Court of Cameron County, Texas and that written notice of the filing of the Notice of Removal was

delivered to the parties plaintiff through their counsel. Attached to the notices were copies of the

Notice of Removal. Removal of this action is effective as of that date, pursuant to 28 U.S.C. § 1446.

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

HOWARD G. BALDWIN, JR.
First Assistant Attorney General

MICHAEL T. MCCAUL
Deputy Attorney General For Criminal Justice

PHILLIP E. MARRUS
Assistant Attorney General
Chief, Law Enforcement Defense Division

CARLOS D. LOPEZ
Assistant Attorney General
State Bar No. 24007566
Southern District Bar No. 26740
Attorney-In-Charge

P. O. Box 12548, Capitol Station
Austin, Texas 78711
512.463.2080
512.495.9139 (Fax)

**ATTORNEYS FOR DEFENDANTS DPS
AND GARZA**

## CERTIFICATE OF SERVICE

I, Carlos D. Lopez, Assistant Attorney General of Texas, certify that a true copy of

**Defendants' Certificate of Notice** has been served by United States Mail on August 15th, 2002,

addressed to:

Reynaldo G. Garza, III
Attorney and Counselor at Law
680 E. St. Charles, Ste. 110
Brownsville, Texas 78520
(956) 574 9502
*Counsel for Plaintiffs*

CARLOS D. LOPEZ
Assistant Attorney General

Trevino-Removal-CON.wpd

Page 2