| UNITED STATES DISTRICT COURT | ☆ | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

United States District Court
Southern District of Texas
ENTERED

DEC 2 4 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

CARLOS TREVINO, et al § § §

versus § CIVIL ACTION NO. B: 02-165
§ §

STATE OF TEXAS §
(Department of Public Safety), et al

# NOTICE

The initial pre-trial conference set for *January 6, 2003* has been reset to:

## January 14, 2003 at 3:15 p.m.

**BEFORE THE HONORABLE HILDA G. TAGLE**
**U. S. DISTRICT JUDGE**
Third Floor-Courtroom No. 3
United States Courthouse
600 E. Harrison St. #306
Brownsville, Texas 78520-7114

MICHAEL N. MILBY, Clerk

By: _____        12/23/02
STELLA CAVAZOS                      Date
Case Manager/Deputy Clerk