

United States District Court
Southern District of Texas
FILED

JAN 0 6 2003

Michael N. Milby
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| *CARLOS TREVINO, ET AL.,* § | | |
| **Plaintiffs,** § | | |
| § | | |
| v. § | Civil Action No. B: 02-165 | |
| § | | |
| *STATE OF TEXAS,* § | | |
| *(Department of Public Safety) ET AL.,* § | | |
| **Defendants.** § | | |

## DEFENDANTS' UNOPPOSED MOTION FOR CONTINUANCE

TO THE HONORABLE JUDGE TAGLE:

COME NOW Defendants The Texas Department of Public Safety (DPS) and Officer Raul Garza, by and through counsel, the Attorney General of Texas, and file this Defendants' Unopposed Motion for Continuance. In support thereof, Defendants would respectfully show the following:

1. The initial pre-trial conference in this case is currently set for **January 14, 2003** at 3:15 p.m. (Instrument 3).

2. Defendants respectfully request the setting be continued as the undersigned counsel is unavailable. The undersigned will be out of the country for vacation from January 5th-15th.

3. Defendants request the Court reset the initial pre-trial conference for the week of **February 3, 2003** (provided the Court's docket allows) because of the undersigned's other duties and responsibilities as lead counsel in the following cases: *Adams v. Keszler*, 5th Circuit No. 02-50849, USDC NO. SA-99-CV-86, Appellant's Brief due January 20, 2003; *Jones v. Prasifka, et al.*, USDC NO. C-00-478, Final Pretrial Conference January 23, 2003, Jury Selection and Trial to commence January 27, 2003 in Corpus Christi and; *Adames v. Perez, et al.*, 5th

Circuit No. 01-40851, USDC NO. C-99-437, Oral Argument scheduled for February 12, 2003.

4. This motion is not made in bad faith or to delay the proceedings, but is necessary as an effective means to advance efficient judicial administration of this lawsuit.

**WHEREFORE, PREMISES CONSIDERED**, Defendants DPS and Officer Raul Garza submit this their Unopposed Motion for Continuance and respectfully request the Court reset the initial pre-trial conference of this case.

Respectfully submitted,

GREGG ABBOTT
Attorney General of Texas

BARRY R. MCBEE
First Assistant Attorney General

DON CLEMMER
Deputy Attorney General for
Criminal Justice

PHILLIP E. MARRUS
Assistant Attorney General
Chief, Law Enforcement Defense Division

_____
CARLOS D. LOPEZ
Assistant Attorney General
State Bar No. 24007566
Southern District No. 26740

P.O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2080
Fax No. (512) 495-9139

CDL1/Trevino.MFC.wpd

## CERTIFICATE OF SERVICE

I, CARLOS D. LOPEZ, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the forgoing **Defendants' Unopposed Motion for Continuance** has been served by placing same in the United States Mail, postage prepaid, on this the 31st day of December, 2002, addressed to:

Reynaldo G. Garza, III
680 E. St. Charles, Suite 110
Brownsville, Texas 78520
Tel. (956) 574-9502
Fax (956) 574-9506
*Attorney for Plaintiffs*

CARLOS D. LOPEZ
Assistant Attorney General