

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 0 9 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| CARLOS TREVINO, ET AL., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action B-02-165 |
| STATE OF TEXAS, ET AL. | § § | |
| Defendants. | § § | |

## ORDER

BE IT REMEMBERED that on January 9, 2003, the Court **GRANTED** Defendants' Unopposed Motion For Continuance [Dkt. No. 5].

It is further **ORDERED** that the Initial Pretrial Conference is rescheduled for February 3, 2003, at 2:00 p.m. Plaintiffs' counsel is responsible for conferring with opposing counsel pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and filing a Joint Discovery-Case Management Plan on or before January 21, 2003.

DONE at Brownsville, Texas, this 9th day of January 2003.

Hilda G. Tagle
United States District Judge