IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 2 3 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| CARLOS TREVINO, ET AL., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action B-02-165 |
| STATE OF TEXAS, ET AL. | § § | |
| Defendants. | § § | |

### ORDER

BE IT REMEMBERED that on January 23, 2003, the Court **ORDERED** Plaintiffs' counsel, Reynaldo G. Garza, III, and Defendants' counsel Carlos D. Lopez to **SHOW CAUSE** why they should not be held in **CONTEMPT** and **SANCTIONED** for failing to comply with the Court's order entered January 9, 2003 [Dkt. No. 6].

In its January 9 order, the Court granted the Defendants' Unopposed Motion For Continuance and rescheduled the Initial Pretrial Conference from January 14, 2003, to February, 3, 2003, based on the parties' representation that counsel for the Defendants would be out of the country on vacation from January 5-15, 2003. The Court also ordered the parties to conduct a Rule 26(f) meeting and file a Joint Discovery-Case management Plan on or before January 21, 2003. The Court did not comment on the fact that the parties were already five days late filing their Joint Discovery-Case Management Plan. As of today the parties have failed to comply with the Court's order, and their Joint Discovery-Case Management Plan is again late.

Any written response to this order is due on or before January 30, 2003, at 3:00 p.m. The Court will hear argument at the time of the Initial Pretrial Conference on February 3, 2003, at 2:00 p.m.

FURTHERMORE, the parties are hereby **ORDERED** to file their Joint Discovery-Case Management Plan by tomorrow, January 24, 2003, at 2:00 p.m.

DONE at Brownsville, Texas, this 23rd day of January 2003.

Hilda G. Tagle
United States District Judge