# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 24 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| **CARLOS TREVINO, ET. AL.,** | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. B: 02-165 |
| | § | |
| **STATE OF TEXAS (Department of Public Safety)** | § | |
| **and OFFICER RAUL GARZA** | § | |
| Defendants. | § | |

## REPORT OF PARTIES' PLANNING MEETING AND JOINT DISCOVERY-CASE MANAGEMENT PLAN PURSUANT TO RULE 26(f)

TO THE HONORABLE JUDGE OF THIS COURT

A meeting was held on January 23, 2003 via telephone, and was attended by Reynaldo G. Garza, III, attorney for the Plaintiffs as well as Carlos D. Lopez, for the Defendants.

### Fed.R.Civ.P. 26(f)(1)

### *Status of Rule 26 Disclosure*

Plaintiffs have already delivered their Rule 26(a)(1) disclosures to the Defendants. Defendants have agreed to provide Plaintiffs with their Rule 26(a)(1) disclosures within 14 days of the pretrial conference currently scheduled for February 3, 2003 at 2:00 p.m.

### Fed.R.Civ.P. 26(f)(2)
### *Subjects On Which Discovery Is Needed*

1.) The Plaintiffs will require discovery of the following matters:

A. Trooper Raul Garza's employment history and record with the Texas Department of Public Safety;

B. Texas Department of Public Safety training procedures involving traffic stops;

C. History of complaints filed with Texas Department of Public Safety involving excessive use of force;

D. The investigative file concerning the incident in question, including the details of the second stop immediately following the stopping of Plaintiffs;

E. Any Texas Department of Public Safety policies or rules regarding the conduct and actions which are required of its officers involved in a traffic stop;

F. Any other subjects which are deemed directly related to proving the matters set forth in the live pleadings in this case.

2.) Discovery by Defendants will be needed on the following subjects:

A. Medical records and history of the Plaintiffs including records related to the injuries allegedly sustained from the incident made the basis of this lawsuit.

3.) Discovery should be completed by the first week of August.

4.) Discovery should not be conducted in phases.

### Fed.R.Civ.P. 26(f)(3)
*Discovery Rules*

The Parties have agreed to be governed by the discovery rules set forth in the Federal Rules of Civil Procedure and do not require any changes to the deadlines and limitations set forth therein.

## Fed.R.Civ.P. 26(f)(4)
### *Other Orders Requested Of The Court*

1. The parties do not request a conference with the Court before entry of the scheduling order.

2. An initial pretrial conference has already been ordered for February 3, 2003.

3. Plaintiffs should be allowed until 45 days before the discovery cut off to join additional parties and amendments to pleadings should be governed by Rule 15 of the Federal Rules of Civil Procedure.

4. Defendants should be allowed until 45 days before the discovery cut off to join additional parties and amendments to pleadings should be governed by Rule 15 of the Federal Rules of Civil Procedure.

5. All potentially dispositive motions should be filed by at least the 1st week in October, 2003.

6. The parties will submit a joint pretrial order 45 days before trial in accordance with the Federal Rules of Civil Procedure, and Appendix B of the Southern District Local Rules.

7. Parties should have 14 days after service of the pretrial order to file objections under Rule 26(a)(3).

8. The case should be ready for trial by February, 2004.

Agreed to by:

*Reynaldo G Garza III w/permission*
Reynaldo Garza, III
Attorney at Law
State Bar No.: 24008806
Fed Id No.: 23747
680 E. St. Charles, Ste. 110
Brownsville, Texas 78520
ATTORNEY FOR PLAINTIFF/PETITIONERS

Agreed to by:

Carlos D. Lopez
Assistant Attorney General
State Bar No.: 24007566
Fed Id No.: 26740
P.O. Box 12548, Capitol Station
Austin, Texas 78711
ATTORNEY FOR DEFENDANT/RESPONDENTS