#9

**OFFICE of the ATTORNEY GENERAL**
GREG ABBOTT

United States District Court
Southern District of Texas
FILED

JAN 2 8 2003

Michael N. Milby
Clerk of Court

January 27, 2003

Ms. Stella Cavazos                          *Via Facsimile* (956) 548-2598
Case Manager
United States District Court
Southern District of Texas / Brownsville Division
600 East Harrison Street
Brownsville, Texas 78520-7114

Re:   *Carlos Trevino, et al. v. TDPS and Officer Raul Garza*
      Civil Action No. B: 02-165

Dear Ms. Cavazos:

Please accept this correspondence as Counsel for Defendants request to appear by telephone at the Pre-trial Conference scheduled for February 3, 2003 at 2:00 p.m.

Counsel have conferred and there is no opposition to this request.

Should the Court desire, Counsel for Defendants will initiate the call.

Thank you for your attention to this matter.

Sincerely,

CARLOS D. LOPEZ
Assistant Attorney General
Law Enforcement Defense Division
(512) 463-2080 / Fax (512) 495-9139

CDL/jmg
Enclosures

c:    Reynaldo G. Garza, III
      Attorney and Counselor at Law
      680 E. St. Charles, Ste. 110
      Brownsville, Texas 78520



OFFICE *of the* ATTORNEY GENERAL
GREG ABBOTT

# Fax Cover Sheet

Law Enforcement Defense Division
P.O. Box 12548
Austin, TX 78711-2548
Tel:  512 463 2080
Fax:  512 495 9139

United States District Court
Southern District of Texas
RECEIVED

JAN 2 8 2003

Michael N. Milby, Clerk

**To:** Ms. Stella Cavazos

**Organization:** USDC Brownsville

**Date:** Jan 28 2003

**Fax #:** 956-548-2598

**From:** Carlos D. Lopez

**Number of pages including cover sheet:**  2

**Comments:**

FAXED ONLY
NOT BEING SENT BY US MAIL

**Confidentiality Notice:**
If you have received this facsimile transmission in error, please note these documents may contain confidential information that cannot be disclosed without violating the criminal provisions of the Texas Open Records Act or Texas Penal Code 39.02. If you have received these documents in error, please call the sender at the number listed above to arrange for the return of the documents. Thank you.