IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 2 8 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CARLOS TREVINO, et al., | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. B-02-165 |
| | § | |
| T.D.P.S. and OFFICER RAUL GARZA | § | |
| Defendants. | § | |

**DEFENDANTS' NOTICE OF INITIAL DISCLOSURE TO PLAINTIFF**

NOW COME Defendants Texas Department of Public Safety (DPS) and Officer Raul Garza, by and through counsel, the Attorney General of Texas, and file this Notice of Initial Disclosure pursuant to, Fed. R. Civ. P. 26:

I.

The Defendants in the above entitled and numbered cause hereby notify this Honorable Court that they have made disclosure to the plaintiff.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

BARRY R. MCBEE
First Assistant Attorney General

JAY KIMBROUGH
Deputy Attorney General for Criminal Justice

PHILLIP E. MARRUS
Assistant Attorney General
Chief, Law Enforcement Defense Division

Page 1

*[signature]*
CARLOS D. LOPEZ
Assistant Attorney General
State Bar No. 24007566
Southern District No. 26740

P. O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2080
(512) 495-9139 (FAX)

**ATTORNEYS FOR DEFENDANT DPS AND GARZA**

## CERTIFICATE OF SERVICE

I, CARLOS D. LOPEZ, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the Defendants Notice of Initial Disclosure has been served by placing same in the United States mail, postage prepaid, Certified Mail, Return Receipt Requested, on this the 24th day of January, 2003, addressed to:

Reynaldo G. Garza, III
Attorney and Counselor at Law
680 E. St. Charles, Ste. 110
Brownsville, Texas 78520
*Counsel for Plaintiff*

*[signature]*
CARLOS D. LOPEZ
Assistant Attorney General