/2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 3 0 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| **CARLOS TREVINO, ET. AL.,** | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. B: 02-165 |
| | § | |
| **STATE OF TEXAS (Department of Public Safety)** | § | |
| **and OFFICER RAUL GARZA** | § | |
| Defendants. | § | |

## PLAINTIFF'S COUNSEL'S RESPONSE
## TO THE COURT'S ORDER TO SHOW CAUSE

TO THE HONORABLE JUDGE OF THIS COURT:

COMES NOW, Reynaldo G. Garza, III, attorney for the Plaintiffs/Petitioners and in response to the Courts Order to Show Cause would respectfully show as follows:

### I.
### Never Received Order Setting Conference

After this file was removed from the State District Court, an Initial Pretrial Conference was ordered to be held on January 06, 2003 at 2:15 p.m. That order was faxed, only after request, to the office of Reynaldo G. Garza, III. Please see the faxed page attached hereto as **Exhibit 1.** The office of Reynaldo G. Garza, III never received this Order prior to December 26, 2002. On information and belief neither had Defense Counsel.

## II.
## Plaintiff's Counsel Exercised Due Diligence

Upon receipt of this Court's Order of January 09, 2003, Plaintiff's Counsel made several attempts to contact Defendant's Counsel to complete the "Joint Discovery-Case Management Plan." Plaintiff's Counsel even went so far as to mail a proposed "Report of Parties Planning Meeting and Joint Discovery-Case Management Plan Pursuant to Rule 26(f)." See the correspondence attached hereto as **Exhibit 2.** The Court should also note that on December 27, 2002 it was Plaintiff's Counsel who initiated contact regarding the Rule 26(f) meeting. Plaintiff's Counsel also made numerous calls to Defendant's Counsel and those calls were not returned until January 23, 2003.

## III.
## Prayer

WHEREFORE, PREMISES, CONSIDERED, Plaintiff's Counsel prays that he not be sanctioned because he had late notice of the first Order and exercised due Diligence in attempting to comply with the Court's Order of January 09, 2003.

Respectfully Submitted,

By: _____
Reynaldo Garza, III
ATTORNEY AT LAW
State Bar No.: 24008806
Fed Id No.: 23747
680 E. St. Charles, Ste. 110
Brownsville, Texas   78520

ATTORNEY FOR PLAINTIFF/PETITIONERS

## CERTIFICATE OF SERVICE

  I, Reynaldo G. Garza, III, Do hereby certify that a true and correct copy of the PLAINTIFF'S COUNSEL'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE , were served upon all counsel of record in accordance with the Federal rules of Civil Procedure by Via Regular Mail on this the 28th day of January, 2003, at the following addresses:

Carlos Lopez
Howard Baldwin
Michael T. McCaul
Phillip E. Marrus
STATE OF TEXAS ATTORNEY
GENERAL'S OFFICE
P.O. Box 12458, Capitol Station
Austin, Texas 78711

              _____
              Reynaldo G. Garza, III

# Exhibit 1

# REYNALDO G. GARZA, III
### Attorney and Counselor at Law
680 E. St. Charles, Suite 110
Brownsville, Texas 78520
Tel. (956) 574-9502
Fax. (956) 574-9506

December 27, 2002

Carlos D. Lopez
Assistant Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711

**Re:   Civil Action No. B: 02-165; Carlos Trevino, et. al. vs. T.D.P.S. and Officer Raul Garza, In the United States District Court, in the Southern District of Texas, Brownsville Division**

Dear Carlos Lopez:

Please contact me to discuss those matters outlined in Federal Rule of Civil Procedure 26 ( f ). I would also like to clear up some discovery matters as soon as possible so that we may proceed as smoothly as possible.

I await your call.

Respectfully,

Reynaldo G. Garza, III

RGG/ig

```
TRANSMISSION VERIFICATION REPORT

                                    TIME : 12/27/2002 12:55
                                    NAME : REYNALDO GARZA III
                                    FAX  : 9565749506
                                    TEL  : 9565749502

DATE,TIME              12/27  12:55
FAX NO./NAME           15124959139
DURATION               00:00:30
PAGE(S)                02
RESULT                 OK
MODE                   STANDARD
                       ECM
```

# REYNALDO G. GARZA, III

Attorney & Counselor At Law
680 E. St. Charles, Suite #110
Brownsville, Texas 78520
Tel. (956) 574-9502
Fax. (956) 574-9506

## FAX COVER SHEET

THIS FACSIMILE AND ACCOMPANYING DOCUMENTS CONTAIN CONFIDENTIAL INFORMATION WHICH IS LEGALLY PRIVILEGED. IF YOU RECEIVE THIS FAX IN ERROR PLEASE NOTIFY THE LAW FIRM OF REYNALDO G. GARZA, III IMMEDIATELY. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS FAX YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR THE TAKING OF ANY ACTION IN RELIANCE OF THE CONTENTS OF THIS INFORMATION IS STRICTLY PROHIBITED.

DATE: 12-27-02

FAX NO.: (512) 495-9139

TO: Carlos D. Lopez

FROM: Iris

# REYNALDO G. GARZA, III

Attorney & Counselor At Law
680 E. St. Charles, Suite #110
Brownsville, Texas 78520
Tel. (956) 574-9502
Fax. (956) 574-9506

## FAX COVER SHEET

**THIS FACSIMILE AND ACCOMPANYING DOCUMENTS CONTAIN CONFIDENTIAL INFORMATION WHICH IS LEGALLY PRIVILEGED. IF YOU RECEIVE THIS FAX IN ERROR PLEASE NOTIFY THE LAW FIRM OF REYNALDO G. GARZA, III IMMEDIATELY. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS FAX YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR THE TAKING OF ANY ACTION IN RELIANCE OF THE CONTENTS OF THIS INFORMATION IS STRICTLY PROHIBITED.**

DATE: 12-27-02

FAX NO.: (512) 495-9139

TO: Carlos D. Lopez

FROM: Iris

RE: Civil Action No. B:02-165, Carlos Trevino, et. al. vs. T.D.P.S and Raul Garza

TOTAL NUMBER OF PAGES INCLUDING THIS COVER SHEET: 2

COMMENTS:

# Exhibit 2

# REYNALDO G. GARZA, III

## Attorney and Counselor at Law

680 E. St. Charles, Suite 110
Brownsville, Texas 78520
Tel. (956) 574-9502
Fax. (956) 574-9506

January 15, 2002

Carlos D. Lopez
Assistant Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711

**Re:  Civil Action No. B: 02-165; Carlos Trevino, et. al. vs. T.D.P.S. and Officer Raul Garza, In the United States District Court, in the Southern District of Texas, Brownsville Division**

Dear Carlos Lopez:

Enclosed please find my proposed "REPORT OF PARTIES' PLANNING MEETING AND JOINT DISCOVERY-CASE MANAGEMENT PLAN PURSUANT TO RULE 26(f)". Please feel free to recommend any changes that may be necessary. Call me as soon as possible to finalize this matter so that the we can be in compliance with the Court's latest order.

I await your call.

Respectfully,

Reynaldo G. Garza, III

RGG/ig
enclosure

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **CARLOS TREVINO, ET. AL.,** | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. B: 02-165 |
| | § | |
| **STATE OF TEXAS (Department of** | § | |
| **Public Safety)** | § | |
| **and OFFICER RAUL GARZA** | § | |
| Defendants. | § | |

**DRAFT**

## REPORT OF PARTIES' PLANNING MEETING AND JOINT DISCOVERY-CASE MANAGEMENT PLAN PURSUANT TO RULE 26(f)

TO THE HONORABLE JUDGE OF THIS COURT

A meeting was held on January ____, 2003 via telephone, and was attended by Reynaldo G. Garza, III, attorney for the Plaintiffs as well as Carlos D. Lopez, for the Defendants.

### Fed.R.Civ.P. 26(f)(1)
*Status of Rule 26 Disclosure*

Plaintiffs have already delivered their Rule 26(a)(1) disclosures to the Defendants. Defendants have agreed to provide Plaintiffs with their Rule 26(a)(1) disclosures within 14 days of the pretrial conference currently scheduled for February 3, 2003 at 2:00 p.m.

### Fed.R.Civ.P. 26(f)(2)
*Subjects On Which Discovery Is Needed*

1.) The Plaintiffs will require discovery of the following matters:

    A. Trooper Raul Garza's employment history and record with the Texas Department of Public Safety;

B. Texas Department of Public Safety training procedures involving traffic stops;

C. History of complaints filed with Texas Department of Public Safety involving excessive use of force; *possible objections*

D. The investigative file concerning the incident in question, including the details of the second stop immediately following the stopping of Plaintiffs;

E. Any Texas Department of Public Safety policies or rules regarding the conduct and actions which are required of its officers involved in a traffic *send requests* stop;

F. Any other subjects which are deemed directly related to proving the matters set forth in the live pleadings in this case.

*w/atty Bernis*

2.) Discovery by Defendants will be needed on the following subjects:

A. ___Medical History + Records___

B. ___[scribbled out]___

C. _____

3.) Discovery should be completed by ___1st week of August___.

4.) Discovery should/should not be conducted in phases as follows: _____.

### Fed.R.Civ.P. 26(f)(3)
### *Discovery Rules*

The Parties have agreed to be governed by the discovery rules set forth in the Federal Rules of Civil Procedure and do not require any changes to the deadlines and limitations set forth therein.

### Fed.R.Civ.P. 26(f)(4)
### *Other Orders Requested Of The Court*

1. The parties do not request a conference with the Court before entry of the scheduling order.

2. An initial pretrial conference has already been ordered for February 3, 2003.

3. Plaintiffs should be allowed until ~~30~~ *45 days prior to Discovery cut off* days before trial to join additional parties and ~~until 30 days before trial to amend the pleadings~~. *1st week of August*

   *Amendment of pleadings should be governed by Rule 15 of Rules of Civil Procedure*

4. ~~Defendants should be allowed until 30 days before trial to join additional parties and until 15 days before trial to amend pleadings.~~

5. All potentially dispositive motions should be filed by at least ~~30~~ days before trial. *1st week in October*

6. A final list of witnesses and exhibits under Rule 26(a)(3) ~~should~~ be due from Plaintiffs by thirty (30) days from trial, and from Defendants by thirty (30) days from trial. *The parties will submit a joint pretrial order 45 days before trial in accordance with*

7. Parties should have 14 days after service of ~~final lists of witnesses and exhibits~~ *the Pretrial order* to *file* ~~list~~ objections under Rule 26(a)(3).

8. The case should be ready for trial by ~~December 2003~~ *February 2004*.

9. ~~Settlement is [likely / unlikely] [cannot be evaluated prior to (date)] [may be enhanced by use of the following alternative dispute resolution procedure]~~

Agreed to by:


_____
Reynaldo Garza, III
Attorney at Law
680 E. St. Charles, Ste. 110
Brownsville, Texas   78520
ATTORNEY FOR PLAINTIFF/PETITIONERS



_____
Carlos D. Lopez
Assistant Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711
ATTORNEY FOR DEFENDANT/RESPONDENTS

# REYNALDO G. GARZA, III
## Attorney & Counselor At Law
680 E. St. Charles, Suite #110
Brownsville, Texas 78520
Tel. (956) 574-9502
Fax. (956) 574-9506

## FAX COVER SHEET

**THIS FACSIMILE AND ACCOMPANYING DOCUMENTS CONTAIN CONFIDENTIAL INFORMATION WHICH IS LEGALLY PRIVILEGED. IF YOU RECEIVE THIS FAX IN ERROR PLEASE NOTIFY THE LAW FIRM OF REYNALDO G. GARZA, III IMMEDIATELY. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS FAX YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR THE TAKING OF ANY ACTION IN RELIANCE OF THE CONTENTS OF THIS INFORMATION IS STRICTLY PROHIBITED.**

**DATE:** January 15, 2003

**FAX NO.:** 512/495-9139

**TO:** Mr. Carlos D. Lopez

**FROM:** Trey Garza

**RE:** Civil Action No. B-02-165; Carlos Trevino, et. al. vs. T.D.P.S.

TOTAL NUMBER OF PAGES INCLUDING THIS COVER SHEET:_____

COMMENTS:
_____
_____
_____

```
TRANSMISSION VERIFICATION REPORT
```

```
TIME  : 01/15/2003 11:25
NAME  : REYNALDO GARZA III
FAX   : 9565749506
TEL   : 9565749502
```

```
DATE,TIME         01/15 11:24
FAX NO./NAME      15124959139
DURATION          00:01:12
PAGE(S)           06
RESULT            OK
MODE              STANDARD
                  ECM
```

# REYNALDO G. GARZA, III

### Attorney & Counselor At Law
680 E. St. Charles, Suite #110
Brownsville, Texas  78520
Tel. (956) 574-9502
Fax. (956) 574-9506

## FAX COVER SHEET

**THIS FACSIMILE AND ACCOMPANYING DOCUMENTS CONTAIN CONFIDENTIAL INFORMATION WHICH IS LEGALLY PRIVILEGED. IF YOU RECEIVE THIS FAX IN ERROR PLEASE NOTIFY THE LAW FIRM OF REYNALDO G. GARZA, III IMMEDIATELY. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS FAX YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR THE TAKING OF ANY ACTION IN RELIANCE OF THE CONTENTS OF THIS INFORMATION IS STRICTLY PROHIBITED.**

**DATE:** January 15, 2003

**FAX NO.:** 512/495-9139

**TO:** Mr. Carlos D. Lopez

**FROM:** Trey Garza