IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CARLOS TREVINO, ET AL., | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. B: 02-165 |
| | § | |
| STATE OF TEXAS, | § | |
| (Department of Public Safety) ET AL., | § | |
| Defendants. | | |

**COUNSEL FOR DEFENDANTS
RESPONSE TO THE COURT'S SHOW CAUSE ORDER**

TO THE HONORABLE JUDGE TAGLE:

NOW COME Defendants the Texas Department of Public Safety (DPS) and Officer Raul Garza, by and through counsel, the Office of the Attorney General for the State of Texas, and file this Counsel for Defendants Response to the Court's Show Cause Order.

**I.**

**RESPONSE**

On January 23, 2003, the Court ordered that Defendants' counsel show cause for failing to comply with the Court's Order (Dkt. No. 6) entered January 9, 2003. In that Order, the Court granted Defendants' motion to continue the pre-trial conference and further ordered that the parties file a Joint Discovery-Case Management Plan on or before January 21, 2003. In its present Order, the Court also notes that as of January 9, 2003, the parties were already five days late in filing the Joint Discovery-Case Management Plan.

On December 30, 2002, the undersigned received a Notice (entered December 24, 2002) that the Initial Pre-trial Conference set for January 6, 2003, had been re-set to January 14, 2003. It bears

noting that counsel had not received the Order/Notice setting the conference for January 6. On or about January 31, 2002, counsel phoned the Court's Case Manager to advise that he was not in receipt of the earlier Order/Notice and that Defendants would move to continue the January 14, 2003 setting (for the reasons articulated in motion for continuance).

On January 16, 2003, the undersigned received Plaintiffs' draft of the "Report of Parties' Planning Meeting and Joint Discovery-Case Management Plan Pursuant to Rule 26(f)." On the attached cover letter, counsel for Plaintiffs requested the undersigned review the draft and call, "as soon as possible to finalize this matter so that we can be in compliance with the Court's latest order." At that time, counsel checked his electronic document tracking system which indicated that the Order of January 9, 2003 (Docket No. 6) granted Defendants' Motion for Continuance and reset the pre-trial conference for February 3, 2003.[1] There was no notation in the document tracking system of the Court's further order to file the Joint Discovery-Case Management Plan on or before January 21, 2003. The document tracking system has been very reliable heretofore. Counsel reasonably relied on the information contained in the document tracking system. However, counsel's reliance on the system in this instance was clearly misplaced as the information therein was incomplete.

In short, counsel was unaware of the parties' obligation to file the Joint Discovery-Case Management Plan on or before January 21, 2003. Counsel represents that his failure to comply with the Court's Order was in no way willful, intentionally deleterious, nor intended to frustrate the efficient judicial administration of this lawsuit. Further, the undersigned apologizes to the Court for such inconvenience or hardship occasioned by this failure. Counsel respectfully requests the Court refrain from holding him in contempt or imposing sanctions for his failure to comply with the

---

[1] It bears noting that Rule 26(f) requires the parties shall confer prior to the Initial Pre-Trial Conference, but file a written report within 14 days after the conference.

Page 2

Court's Order.

WHEREFORE, PREMISES CONSIDERED, Defendants DPS and Trooper Raul Garza submit this Counsel for Defendants Response to the Court's Show Cause Order and respectfully pray that the Court refrain from holding the undersigned in contempt and/or imposing sanctions for the matters set forth above.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

BARRY R. McBEE
First Assistant Attorney General

JAY KIMBROUGH
Deputy Attorney General For Criminal Justice

PHILLIP E. MARRUS
Assistant Attorney General
Chief, Law Enforcement Defense Division

CARLOS D. LOPEZ
Assistant Attorney General
State Bar No. 24007566
Southern District No. 26740
Attorney-In-Charge

P. O. Box 12548, Capitol Station
Austin, Texas 78711
512.463.2080 / Fax 512.495.9139

**ATTORNEYS FOR DEFENDANTS DPS AND GARZA**

## CERTIFICATE OF SERVICE

I, Carlos D. Lopez, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of this **Counsel for Defendants Response to the Court's Show Cause Order** has been served by United States Mail on January 27, 2003, addressed to:

Reynaldo G. Garza, III
Attorney and Counselor at Law
680 E. St. Charles, Ste. 110
Brownsville, Texas 78520
(956) 574 9502
*Counsel for Plaintiffs*

CARLOS D. LOPEZ
Assistant Attorney General