# Civil Courtroom Minutes



| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ■ Nicolas  ☐ Levesque |
| DATE | 2 – 3 – 03 |
| TIME | a.m. — a.m.  /  2:35 p.m. — 3:00 p.m. |
| CIVIL ACTION | B – 02 – 165 |
| STYLE | TREVINO ET AL. *versus* STATE OF TEXAS, ET AL. |

United States District Court
Southern District of Texas
FILED

FEB 03 2003

Michael N. Milby, Clerk of Court

DOCKET ENTRY

(HGT) ■ Initial Pre-Trial Hearing;  (Court Reporter: Breck Record)

Attorney(s) for Plaintiff(s):  Reynaldo Garza, III

Attorney(s) for Defendant(s):  Carlos Lopez

Comments

1. \* Counsel for Plaintiffs and Defendants argued their positions regarding the Court's Order To Show Cause. The Court **WITHDREW & DISMISSED** the Order To Show Cause.
2. Plaintiffs' counsel discussed the medical damages involved in this case.
3. Defendants' counsel believed he had filed an answer. He filed a copy of the file stamped answer with the case manager.
4. Carlos Lopez has tendered resignation, and a new attorney will be assigned to the case in the next ten days to two weeks.
5. Mr. Garza is unopposed to a trial before the magistrate. Mr. Lopez defers the issue to his successor.
6. Plaintiff can serve complete medical files to the Defendants in the next thirty days.
7. Plaintiff's counsel stated that he did not anticipate adding other parties at this time.