| UNITED STATES DISTRICT COURT | ★ | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

CARLOS TREVINO, et al §

vs. § Civil Action B: 02-165

STATE OF TEXAS §
(Department of Public Safety), et al

United States District Court
Southern District of Texas
FILED

FEB 1 3 2003

Michael N. Milby
Clerk of Court

## SCHEDULING ORDER

1. Trial: Estimated time to try: ___ days.        ☐ Bench  ■ Jury

2. New parties must be joined by:        3/7/03
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:        5/30/03

4. The defendant's experts must be named with a report furnished
   within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by:        8/8/03
   Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court.
   No continuance will be granted because of information acquired in post-deadline discovery.

**************************The Court will provide these dates**************************

6. Dispositive Motions will be filed by:        9/8/03

7. Joint pretrial order is due:        11/14/03

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:        12/4/03

9. Jury Selection is set for 9:00 a.m. on:        12/8/03
   *(The case will remain on standby until tried)*

Signed _February 13_, 2003, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge