IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 1 4 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| **CARLOS TREVINO,** *et al.,* | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-02-165 |
| | § | |
| **STATE OF TEXAS,** *et al.,* | § | |
| *Defendants.* | § | **JURY** |

### Defendants' Notice of Substitution of Counsel

Defendants Raul Garza and the Texas Department of Public Safety give notice that their counsel has changed. For the pendency of this case, counsel for Defendants will be:

Seth Byron Dennis
Assistant Attorney General
State Bar No. 00790580
P. O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2080
Fax No. (512) 495-9139

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

BARRY R. McBEE
First Assistant Attorney General

JAY KIMBROUGH
Deputy Attorney General for Criminal Justice

PHILLIP E. MARRUS
Assistant Attorney General
Chief, Law Enforcement Defense Division

                    SETH BYRON DENNIS
                    Assistant Attorney General
                    State Bar No. 00790580
                    P. O. Box 12548, Capitol Station
                    Austin, Texas 78711
                    (512) 463-2080
                    Fax No. (512) 495-9139

**Attorneys for Defendants**

**Certificate of Service**

I, Seth Byron Dennis, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing **Defendants' Notice of Substitution of Counsel** has been served by placing same in the United States mail on this the 11th day of February, 2003, addressed to:

Reynaldo Garza, III.
Attorney and Counsel at Law
680 East St. Charles, Suite 110
Brownsville, Texas 78520

                    SETH BYRON DENNIS
                    Assistant Attorney General