# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 3 0 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ***CARLOS TREVINO, ET. AL.,*** § | |
| Plaintiffs, § | |
| § | |
| v. § | Civil Action No. B: 02-165 |
| § | |
| ***STATE OF TEXAS (Department of*** § | |
| ***Public Safety)*** § | |
| ***and OFFICER RAUL GARZA*** § | |
| Defendants. § | |

## PLAINTIFF'S DISCLOSURE OF EXPERTS

COMES NOW, Carlos Trevino, Sylvia Pinales, Alejandro Trevino, Claudia Pinales and Elsa Guerrero Herein after referred to as the Plaintiff/Petitioners and, make their initial Disclosures of Experts:

The experts are as follows:

1.) Treating Doctor
First Rio Valley Medical P.A.
620 Paredes Line Rd.
Brownsville, Texas 78521
(956) 548-2225
Treated Plaintiff/Petitioners injuries after the incident giving rise to this litigation.

2.) Treating Physician
Valley Regional Medical Center
100-A Alton Gloor Blvd.
Brownsville, Texas 78526
(956) 350-7000
Treated Plaintiff/Petitioners injuries after the incident giving rise to this litigation.

3.)    Dr. A. Betancourt
2866 Sweet St.
Brownsville, Texas 78520
(956) 504-1322
Treated Plaintiff/Petitioners injuries after the incident giving rise to this litigation.

4.)    Brownsville Open MRI
908 Paredes Line Road
Brownsville, Texas 78521
956/541-4488
Treated Plaintiff/Petitioners injuries after the incident giving rise to this litigation.

5.)    Dr. Mahavan Pashardi
2425 Bernal
Brownsville, Texas 78520
956/504-6351
Treated Plaintiff/Petitioners injuries after the incident giving rise to this litigation.

6.)    Rio Grande Valley Imaging
1900 N. Expressway 77-83, Suite C-2
Brownsville, Texas 78520
Treated Plaintiff/Petitioners injuries after the incident giving rise to this litigation.

The opinions of the above listed experts may be found in the medical records produced by them through there treatment of the Plaintiffs'. None of these experts have been retained at this time and they are all treating physicians.

Respectfully submitted,

By:_____
Reynaldo Garza, III
Attorney at Law
State Bar No.: 24008806
Fed Id No.: 23747
680 E. St. Charles, Ste. 110
Brownsville, Texas 78520
Tel. (956) 574-9502
Fax. (956) 574-9506

ATTORNEY FOR PLAINTIFF/ PETITIONERS

## CERTIFICATE OF SERVICE

I, Reynaldo G. Garza, III, Do hereby certify that a true and correct copy of the foregoing, **PLAINTIFF'S DISCLOSURE OF EXPERTS**, were served upon all counsel of record in accordance with the Federal rules of Civil Procedure by Certified Mail Return Receipt Requested on this the 30 day of May, 2003, at the following addresses:

Seth Byron Dennis
Howard Baldwin
Michael T. McCaul
Phillip E. Marrus
STATE OF TEXAS ATTORNEY
GENERAL'S OFFICE
P.O. Box 12458, Capitol Station
Austin, Texas 78711

_____
Reynaldo G. Garza, III