# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **CARLOS TREVINO,** | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. B: 02-165 |
| | § | |
| **STATE OF TEXAS (Department of Public Safety) and OFFICER RAUL GARZA** | § § § | |
| Defendants. | § | |

United States District Court
Southern District of Texas
FILED

AUG 0 7 2003

Michael N. Milby
Clerk of Court

## AGREEMENT TO EXTEND DISCOVERY DEADLINE

Plaintiffs Carlos Trevino, Sylvia Pinales, Alejandro Trevino, Claudia Pinales and Elsa Guerrero through their attorney of record, have agreed with Defendants Raul Garza and the State of Texas through their attorney of record, to extend the deadline for discovery from August 8, 2003 to October 8, 2003.

Agreed to by:

By: _____
Reynaldo Garza, III
Attorney at Law
State Bar No.: 24008806
Fed Id No.: 23747
680 E. St. Charles, Ste. 110
Brownsville, Texas 78520
Tel. (956) 574-9502
Fax. (956) 574-9506

By: _____
Seth Byron Dennis
ASSISTANT ATTORNEY GENERAL
State Bar No. 00790580
P.O. Box 12458, Capitol Station
Austin, Texas 78711
Tel. (512) 463-2080
Fax. (512) 495-9139

Southern Dist # 18527