

## ATTORNEY GENERAL OF TEXAS
### GREG ABBOTT

August 11, 2003

United States District Court
Southern District of Texas
FILED

AUG 13 2003

Michael N. Milby
Clerk of Court

Michael N. Milby, Clerk
United States District Court
Southern District of Texas - Brownsville Division
600 East Harrison Street, Room 101
Brownsville, Texas 78520-7114

Re:   *Carlos Trevino, et al. v. State of Texas, et al.;*
      **Civil Action No. B-02-165**

Dear Clerk:

This is to advise that I will be on a pre-paid vacation from September 10, 2003 until September 26, 2003. By this correspondence, I therefore respectfully request that the Court take such matter into consideration when scheduling deadlines and/or hearings.

Would you please indicate the date of filing on the enclosed copy of this letter and return in the enclosed postpaid envelope.

Thank you for your attention and courtesy in this regard.

Very truly yours,

SETH BYRON DENNIS
Assistant Attorney General
Litigation Services Section
Criminal Law Enforcement Division
Office (512)463-2080

SBD/sw
Enclosures

c:   **Reynaldo Garza, III., Attorney and Counsel at Law**
     **Phil Adkins, DPS Office of Legal Services - Inter Agency Mail**
     **File**