

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED
SEP 1 2 2003
Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CARLOS TREVIÑO, ET. AL. | * | |
| | * | |
| VS. | * | CIVIL ACTION NO. B-02-165 |
| | * | |
| STATE OF TEXAS, ET. AL. | * | |

## NOTICE OF INTENTION TO TAKE ORAL DEPOSITION OF TROOPER RAUL GARZA

TO:   **TROOPER RAUL GARZA**, Defendant by and through his attorney of record, Hon. Seth Byron Dennis, **Assistant Attorney General**, Litigation Services Section, P.O. Box 12548, Capitol Station, Austin, Texas 78711.

Please take notice that the oral deposition of **Trooper RAUL GARZA** will be taken at the **LAW OFFICE OF ERNESTO GAMEZ, JR., P.C.**, located at **777 East Harrison Street, Brownsville, Texas 78520**, on **Wednesday, October 8, 2003 at 9:00 a.m.**, which is reasonable notice hereof.

It is hereby requested that the witness appear at such time and place for the purpose of giving his deposition in this cause, which deposition shall be taken before a certified court reporter, and which may be used as evidence during the trial of said action.

All parties are hereby notified pursuant to **Rule 30 of the Federal Rules of Civil Procedure** that the persons who will attend the taking of this deposition, other than the witness are the parties, counsel, employees of counsel and the officer taking the deposition.

Page -1-

Respectfully submitted,

LAW OFFICES OF
ERNEST GAMEZ, JR., P.C.
777 E. Harrison Street
Brownsville, Texas 78520
TEL/ (956) 541-3820
FAX/ (956) 541-7694
E-Mail: egamezlaw@aol.com

BY:  _____
     **REYNALDO G. GARZA, III**
     State Bar No. 24008806
     Federal Id. No.  23747

     **ATTORNEYS FOR PLAINTIFFS**

### CERTIFICATE OF SERVICE

I, **REYNALDO G. GARZA, III**, hereby certify that on this **12**[th] day of **September**

**2003**, a true and correct copy of the above foregoing **Notice of Intention to Take Oral**

**Deposition of Trooper Raul Garza** was served **Via Facsimile (512) 495-9139 and First**

**Class Mail** to Defendants' counsel, Hon. Seth Byron Dennis, **Assistant Attorney General**,

P.O. Box 12548, Capitol Station, Austin, Texas 78711.

_____
**REYNALDO G. GARZA, III**