IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
OCT 0 2 2003
Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| **CARLOS TREVINO**, *et al.*, | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-02-165 |
| | § | |
| **STATE OF TEXAS**, *et al.*, | § | |
| Defendants. | § | JURY |

### Defendants' Unopposed Motion for Extension of Time to File Motion for Summary Judgment

Defendants Raul Garza and the Texas Department of Public Safety file this unopposed motion for extension of time to file motion for summary judgment, asking the Court to allow the defendants to permit the filing of their motion for summary judgment one day past the Court's deadline.

In the Court's Scheduling Order, it set a September 8, 2003, dispositive motions deadline [D.E. 16]. Defendants mailed their motion for summary judgment to the Court on September 3, 2003, anticipating that it would arrive in the Brownsville Division by September 8, 2003. Unfortunately, the motion was not filed by the clerk until September 9, 2003 [D.E. 21]. Pursuant to Rule 6(b)(2), the Defendants would ask that the time for filing a dispositive motion be extended by one day and that their motion for summary judgment filed on September 9, 2003, be noted as timely filed.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

BARRY R. McBEE
First Assistant Attorney General

EDWARD D. BURBACH
Deputy Attorney General for Litigation

DAVID A. TALBOT, JR.
Assistant Attorney General
Acting Chief, Law Enforcement Defense Division

_____
SETH BYRON DENNIS
Assistant Attorney General
State Bar No. 00790580
S.D. ID No. 18527
P. O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2080
Fax No. (512) 495-9139

**Attorneys for Defendants**

## Certificate of Conference

Movants have conferred with the respondents and they are unopposed to the motion if the Defendants are not opposed to the disclosure of Plaintiff Carlos Trevino's medical bills related to the incident in question until after the discovery deadline, to which the Defendants are agreed.

SETH BYRON DENNIS
Assistant Attorney General

## Certificate of Service

I, Seth Byron Dennis, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing **Defendants' Unopposed Motion for Extension of Time to File Motion for Summary Judgment** has been served by facsimile on this the 29th day of September, 2003, addressed to:

Reynaldo Garza, III, facsimile number 956-541-7694

SETH BYRON DENNIS
Assistant Attorney General