IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 0 7 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| **CARLOS TREVINO**, *et al.*, | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-02-165 |
| | § | |
| **STATE OF TEXAS**, *et al.*, | § | |
| *Defendants*. | § | **JURY** |

**ORDER**

Came on to be heard **Defendants' Unopposed Motion for Extension of Time to File Motion for Summary Judgment**, and the Court after considering the pleadings of the parties filed herein, is of the opinion that the following order should issue:

It is hereby ordered that said motion be, and it is hereby granted. The dispositive motions deadline is extended one day until September 9, 2003. The Defendants' motion for summary judgment filed on September 9, 2003, [D.E. 21] is timely filed.

SIGNED on this the 7 day of October, 2003.

_____
JUDGE PRESIDING