25

United States District Court
Southern District of Texas
FILED

NOV 1 4 2003

Michael N. Milby
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

CARLOS TREVINO, ET AL.,           §
PLAINTIFFS,                        §
                                   §
VS.                                §          CIVIL ACTION NO. B-02-165
                                   §
STATE OF TEXAS, ET AL.,            §
DEFENDANTS                         §

### PLAITNIFFS' RESPONSE TO DEFENDANTS'
### MOTION FOR SUMMARY JUDGMENT

### TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT

### FOR THE SOUTHERN DISTRICT OF TEXAS:

**COMES NOW, CARLOS TREVINO,** Plaintiff in the above-styled and numbered civil

action, and file this his Response to Defendants' Motion for Summary Judgment, and in support

thereof would respectfully show the Court the following:

### I.

Summary judgment is appropriate if the record discloses "that there is no genuine issue as

to any material fact and that the moving party is entitled to a judgment as a matter of law". *(Fed. R.

Civ. P. 56(c)).* The pleadings, depositions, admissions and answers to interrogatories, together with

affidavits, must demonstrate that no genuine issue of material fact remains. *Celotex Corp. v. Catrett,

477 U.S. 317, 106 S.Ct. 2548, 91 L.Ed.2d 265 (1986).* Further, the evidence should be reviewed and

the inferences drawn therefrom should be in the light most favorable to the non-moving party.

*Baton Rouge Bldg. & Constr. Trades Council v. Jacobs Constructors, Inc., 804 F.2d 879, 881 (5th

Cir. 1986)(per curiam)(citing Southmark Properties v. Charles House Corp., 742 F.2d 862, 873

(5th Cir. 1984).* To that end if the record taken as a whole in the light most favorable to the non-

moving party could not lead a rational trier of fact to find for the non-moving party, then there is no genuine issue of material fact for trial. *Matsushita Elec. Indus. Co. v. Zenith Radio Corp., 475 U.S. 574, 587, 106 S.Ct. 1348, 1356, 89 L.Ed. 2d 538 (1986).* Therefore, what must be determined is whether Defendant Garza proved his entitlement to the affirmative defense of qualified immunity taking the evidence in the light most favorable to the non-moving party.

## II.

Qualified Immunity is an affirmative defense, and as such, the burden is on the Defendant to establish all its elements. For Summary Judgment to be proper, Defendants have to establish conclusively each element of their defense. *Montgomery v. Kennedy, 669 S.W.2d 309 at 310-11 (Tex. 1984).* The burden is on the Defendants to establish all elements of their Defenses raised in the Motion for Summary Judgment. Every reasonable inference from the evidence will be indulged in favor of the non-movant, and any doubts will be resolved in the favor on the non-movant. *Nixon v. Mr. Property Management Co., 690 S.W.2d, 546 548-49 (Tex. 1985)*

## III.

A court examining the defense of qualified immunity must "employ a two step analysis." *Mangieri v. Clifton*, 29 F.3d 1012, 1016 (5th Cir. 1994). "First, the court must determine whether the plaintiff has alleged a violation of a clearly established constitutional right." *Baker v. Putnal*, 75 F.3d 190, 198 (5th Cir. 1996) (construing *Siegert v. Gilley*, 500 U.S. 226 (1991)). If the answer to the first question is "yes," then "the issue becomes the objective legal reasonableness of the defendant's conduct under the circumstances." *Baker v. Putnal*, 75 F.3d at 19 (*citing Quives v. Campbell*, 934 F.2d at 670-71).

With respect to the first prong of the two step analysis, as stated in **Anderson v. Creighton, 10 S. Ct. 3034, 3039** "the right the official is alleged to have violated must have been clearly

established . . . that a reasonable official would understand that what he is doing violates that right." With respect to this issue how much more clearly can a right be established such as to protect one from being free from wrongful and false arrests and unprovoked where unreasonable and excessive use of force as was applied to Plaintiff Trevino's person by someone with authority acting under color of law. It would be impossible for any reasonable official to conclude that an unprovoked attack on one's person is reasonable conduct. Therefore, since the right to be free from unprovoked attacks on one's person from one with authority acting under color of law is clearly established, such action by Defendant Garza cannot be deemed reasonable and must not be afforded the protection offered by the defense of qualified immunity in violation of Plaintiff Trevino's 4th amendment rights guaranteed under the United States Constitution.

The second prong of the two step analysis pursuant to **United States v. Atkinson 450 F.2d 835, (5th Cir. 1971, cert denied); Harlow v. Fitzgerald, 457 U.S. 800 (1982); Trejo v. Perez, 693 F.2d 482 (5th Cir. 1982)** as it pertains to the unprovoked attack and excessive force applied to the Plaintiff provides whether a reasonable police officer would have found it reasonable to act as Defendant Garza did on the day in question.

In **Johnson v. Morel, 876 F.2d 477, 480 (5th Cir. 1989),** the test for qualified immunity in the context of excessive force was set forth as requiring an injury, which resulted from the use of force that was clearly excessive to the need and the force used was objectively unreasonable.

In determining whether an injury caused by excessive force is more than de minimis, we look to the context in which that force was deployed. "The amount of injury necessary to satisfy our requirement of 'some injury' and establish a constitutional violation is directly related to the amount of force that is constitutionally permissible under the circumstances." **Williams v. Bramer, 180 F3d 699 (5th Cir. 1999); Ikerd v. Blair, 101 F.3d 430 (5th Cir. 1999)** What constitutes an injury in an

excessive force claim is therefore subjective--it is defined entirely by the context in which the injury arises. Id.

This Court must view the totality of the circumstances from the standpoint of a reasonable officer on the scene, paying particular attention to "whether the suspect posed an immediate threat to the safety of the officers or others". **Stroik v. Ponseti, 35 F.3d 155 (5th Cir. 1994)**

If the facts taken as true demonstrate malice then Defendant Garza is not entitled to the defense of qualified immunity. **Willia`ms v. Bramer, 180 F3d 699 (5th Cir. 1999)** Further, summary judgment would not be proper if material fact issues exist as to the cause of Plaintiff Trevino's injuries. **Burroughs v. Hunt, 2003 U.S. App. Lexis 20342, (5th Cir. October 6, 2003, filed); Goodson v. City of Corpus Christi, 202 F.3d 730 (5th Cir. 2000)**

In the matter before there is a complete difference of opinion between the parties and other witnesses as to what happened the day Defendant Garza attempted to arrest Plaintiff Trevino. Such differences however do create material fact issues as to the cause of Plaintiff Trevino's injuries. (See Exhibit 1, Plaintiff's Affidavit; Exhibit 2, Plaintiff's Complaint Affidavit; Exhibit 3, Affidavit of Elsa Trevino Guerrero; Exhibit 4, Affidavit of Sylvia Trevino; Exhibit 5, Affidavit of Claudia Pinales; Exhibit 6, Affidavit of Alejandro Guerrero) Therefore, summary judgment would not be proper in this cause of action.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff prays that Defendant Garza's Motion for Summary Judgment as it pertains to qualified immunity and excessive force be denied.

Respectfully submitted,

**LAW OFFICES OF**
**ERNESTO GAMEZ, JR., P.C.**
777 E. Harrison
Brownsville, Texas 78520
TEL/ (956) 541-3820
FAX/ (956) 541-7694

BY: _____

**Reynaldo G. Garza, III**
State Bar No. 24008806
Federal Id No. 23747
Attorney for Defendant

## CERTIFICATE OF SERVICE

I, Reynaldo G. Garza, III., do hereby certify that a true and correct copy of the above foregoing Response has been forwarded to opposing counsel, on this the 14th day of November, 2003.

_____

Reynaldo G. Garza, III
Attorney at Law

## AFFIDAVIT

**STATE OF TEXAS**
**COUNTY OF CAMERON**

**BEFORE ME,** the undersigned Notary Public, on this day personally appeared

**CARLOS TREVINO**, who, being by me duly sworn on oath deposed and said the following:

"I am the Plaintiff in the above-entitled and numbered cause and I am over the age of 21

and competent to give this affidavit. I have read this affidavit and the Response to Defendant's

Motion for Summary Judgment, and every factual statement contained herein and therein are

within my personal knowledge and are true and correct."

"On July 22, 2001, I was driving my pick-up to Brownsville from San Antonio. At no

time had I been speeding or avoiding Border Patrol or any other law enforcement vehicle in any

way. I was never even aware that any police vehicles were behind me, much less that an aircraft

was tracking me."

"Somewhere near Combes, Texas, as I cleared a highway overpass, I noticed a marked

patrol car of the Texas Department of Public Safety (DPS) with its overhead lights on parked in

the right shoulder of the expressway. As I approached, a DPS trooper deployed a belt with spikes

across the lane I was traveling in. Recognizing that my tires would pop if I passed over the

spikes, I stopped my Truck. At that point I was completely oblivious as to why I was being

stopped."

"Trooper Garza arrived within seconds. In fact the video from Trooper Garza's patrol car

recorded my vehicle stopping at the spikes. Immediately upon arrival, Trooper Garza, along with

several other officers from various agencies descended upon my pick up with their firearms

raised and barking orders. I and all the members of my family complied with the orders that



were given."

"I had my hands held in a visible manner high in the car, as did my family. The windows were rolled up. Police sirens were blaring and loud. The scene was quite hectic."

"Trooper Garza, unreasonably and without any need for his actions, opened the driver's door to the pick-up and in an excessive use of force, struck me in the back of the neck and yanked me to the pavement in a vicious and violent manner, and thereby caused me severe injury, the herniated disk in my neck. I have undergone surgery to repair the injuries sustained as a result of the unreasonably forceful violent actions of Trooper Garza."

"I did not in anyway resist arrest on this day, such is corroborated by the affidavit of Defendant Garza."

"I at no time attempted to allude any law enforcement official."

"I at no time failed to comply to any of the instructions or request made by law enforcement official."

"I, at all times after stopping, had my hands in the air."

"At no time was I instructed to place myself on the ground, I was forcibly and violently removed from my vehicle and thrown to the ground."

"Further affiant sayeth not."

**CARLOS TREVINO**

**SUBSCRIBED AND SWORN TO BEFORE ME** on the 14th day of November, 2003,

to certify which witness my hand and official seal.



TANYA PEREZ
MY COMMISSION EXPIRES
May 12, 2006

Notary Public
In and for the State of Texas
County of Cameron
My Commission expires: 05/12/06

## PENAL CODE

**Sec. 37.02. Perjury.** (a) A person commits an offense, if with intent to deceive and with knowledge of the statement's meaning:

(1) he makes a false statement under oath or swears to the truth of a false statement previously made and the statement is required or authorized by law to be made under oath; or

(2) he makes a false unsworn declaration under Chapter 132, Civil Practice and Remedies Code.

(b) An offense under this section is a Class A misdemeanor.

**Sec. 37.03. Aggravated Perjury.** (a) A person commits an offense if he commits perjury as defined in Section 37.02, and the false statement:

(1) is made during or in connection with an official proceeding; and

(2) is material.

(b) An offense under this section is a felony of the third degree.

## TEXAS GOVERNMENT CODE

### Complaint Against Law Enforcement Officer or Firefighter

**Sec. 614.022. Complaint to be in Writing and signed by Complainant.** To be considered by the head of a state agency or by the head of a fire or police department, the complaint must be: (1) in writing; and (2) signed by the person making the complaint.

**Sec. 614.023. Copy of Complaint to be Given to Officer or Employee.**

(a) A copy of a signed complaint against a law enforcement officer, firefighter, or police officer shall be given to the officer or employee within a reasonable time after the complaint is filed.

(b) Disciplinary action may not be taken against the officer or employee unless a copy of the signed complaint is given to the officer or employee.

Acts 1993, 73rd Leg., Ch. 263, Sec. 1, eff. 9-1-93

## PERSONNEL COMPLAINT AFFIDAVIT

STATE OF __TEXAS_____

COUNTY OF __CAMERON_____

Before me, the undersigned authority in and for the State of __TEXAS_____ , on this day personally appeared __CARLOS TREVINO_____ , who, after being by me duly sworn, deposed and said:

My name is __CARLOS TREVINO_____ . I am __42___ years of age and my date of birth is __11-04-58_____ .

:26

3-17-00



STATE OF TEXAS          §

COUNTY OF CAMERON  §

BEFORE ME, the undersigned authority, a Notary Public in and for Cameron County, Texas, on this day personally appeared, Carlos Trevino, who after by me being sworn did depose and say:

My name is Carlos Trevino. I am here today at the Law Office of Garza & Salinas, L.L.P. to make my statement against the authority in Falfurias. The DPS where physically and verbally violent towards my family and me. On or about July 22, 2001 at around 4:00 p.m., they assaulted my family and me in many ways, they did everything from pushing, shoving, putting there guns on our heads, and hand cuffing me in a brutal matter when we were the wrong target. My family and I are very placid family. As well as hard working and with a lot of dignity. I have lived in the United State and I have never been arrested nor have I ever gotten a ticket. I have been working in Lopez Supermarket for many years.

On or about July 22, 2001 at around 4:00 p.m., I was driving by Falfurias in my 1997 Ford F150, extended cab with my wife (Sylvia Trevino), sister (Elsa Trevino), niece (Claudia Pinales) and nephew (Alejandro Guerrero) when suddenly I saw many government cars go by. I slow down thinking there was a big accident just right in front. My family and I speculated the worst that someone was in a big accident and we hoped everything was okay. As I continued to drive I had already reduce my speed, when suddenly I saw the officers putting a long peace of rug with nails. I automatically stopped. The officers run towards my truck and start assaulting, pushing and grabbing us like if we were criminals. I tried asking them what is going on? My family and I never resisted arrest. My family and I were very scared and we did as were told at all times. DPS, Constables, Sherriffs, Border Patrol and investigators with civil clothing were there at the scene. They put guns to our heads. Officers had my wife, sister, niece and nephew on there knees. I was very scared and kept yelling to my family to please do everything they were told. They had me handcuffed and face down to the road pavement. It was a very hot day, my face was burning so I tried keeping my face up when finally they picked me up. I kept telling the officers they were wrong that were falsely accusing us. Then suddenly they got a call in the radio and let us go without giving us an explanation to what went wrong.

We all get up and get in my truck and continue driving, when we see the same officers doing the same to another family. I stop and approach an officer asking him what went on back there. He tells me that it was a false alarm and that they thought it was my truck. The truck they had stopped was very different from my truck. I also asked him why they had just left us out there without asking us if we were okay nor that they were sorry for the misunderstanding. I then approached the Border Patrol and Constables and they told me that they had nothing to do with what went on back there that they were called in for just back up because DPS was going to do a bust. They gave me there names and license plates so that I can see they were not lying.

These people have caused my family and I a lot of emotional distress and bodily injury. When we arrived to our home in Brownsville, my wife, sister and I could not stand the pain from all the strangling and pushing. My wife when the officer forced her to get of the truck she stepped wrong and hurt her ankle and leg, my sister is hurt from her back and I am hurt from my neck. The pain was so strong we had to go to the hospital. In the

27

hospital they told us that we had some ligaments torn. My wife has high blood pressure and my sister is a diabetic, I was afraid something could of happened to them with all this racket. As to my niece, her pants tore and she felt embarrassed with all officers and people just looking at her. My nephew he has felt very emotional distressed to what happened. I think these people did us wrong. My family and I are very hurt and upset at the way we were treated. DPS treated us like dogs. I think dogs are probably treated better than we were.

The reason I am doing this affidavit is because I am ver disturbed about this incident. I would not want this to happen to anyone. This is very upsetting and embarrassing. My family and I have retained the services of Garza & Salinas, L.L.P. Should you have any questions please feel to contact my attorney Reynaldo G. Garza, III. at 680 E. St. Charles, Ste. 110, Brownsville, TX 78520, 956-574-9502.

I would like to state that I gave this statement under my own free will. I have not been threatened or promised anything in return for my statement. My statement was read to me in Spanish and I find it to be true and correct.

_Carlos Trevino_

SUBSCRIBED AND SWORN TO BEFORE ME, by the said Carlos Trevino on this the **28** day of **August**, 2001.

Notary Public in and for Cameron County, Texas

28

ANNEX #7
Page 4 of 4

01.07.00.00A

Affidavit of _Elsa Trevino Guerrero_
Page _____ of _____

        I have read and acknowledge the complaint of Carlos Trevino
I hereby join in the complaint and state that it is a true and
correct rendition of the events that occured that day.
        The statement of Carlos Trevino is attached hereto and is
in corporated for all purposes..

I have read the above statement consisting of ___1___ page(s), which is based on my personal knowledge,
and it is true and correct.

Subscribed and sworn to before me, the undersigned authority, on this the _28_ day of _August_,
A.D. _2001_ .

EXHIBIT
3

Notary

8-12-98

## PENAL CODE

**Sec. 37.02. Perjury.** (a) A person commits an offense, if with intent to deceive and with knowledge of the statement's meaning:

(1) he makes a false statement under oath or swears to the truth of a false statement previously made and the statement is required or authorized by law to be made under oath; or

(2) he makes a false unsworn declaration under Chapter 132, Civil Practice and Remedies Code.

(b) An offense under this section is a Class A misdemeanor.

**Sec. 37.03. Aggravated Perjury.** (a) A person commits an offense if he commits perjury as defined in Section 37.02, and the false statement:

(1) is made during or in connection with an official proceeding; and

(2) is material.

(b) An offense under this section is a felony of the third degree.

## TEXAS GOVERNMENT CODE

### Complaint Against Law Enforcement Officer or Firefighter

**Sec. 614.022. Complaint to be in Writing and signed by Complainant.** To be considered by the head of a state agency or by the head of a fire or police department, the complaint must be: (1) in writing; and (2) signed by the person making the complaint.

**Sec. 614.023. Copy of Complaint to be Given to Officer or Employee.**

(a) A copy of a signed complaint against a law enforcement officer, firefighter, or police officer shall be given to the officer or employee within a reasonable time after the complaint is filed.

(b) Disciplinary action may not be taken against the officer or employee unless a copy of the signed complaint is given to the officer or employee.

Acts 1993, 73rd Leg., Ch. 263, Sec. 1, eff. 9-1-93

## PERSONNEL COMPLAINT AFFIDAVIT

STATE OF __TEXAS_____

COUNTY OF __CAMERON_____

Before me, the undersigned authority in and for the State of ___TEXAS_____ , on this day personally appeared __CARLOS TREVINO_____ , who, after being by me duly sworn, deposed and said:

My name is __CARLOS TREVINO_____ . I am __42__ years of age and my date of birth is __11-04-58_____ .

C26

3-17-00

STATE OF TEXAS       §

COUNTY OF CAMERON  §

    BEFORE ME, the undersigned authority, a Notary Public in and for Cameron County, Texas, on this day personally appeared, Carlos Trevino, who after by me being sworn did depose and say:

    My name is Carlos Trevino. I am here today at the Law Office of Garza & Salinas, L.L.P. to make my statement against the authority in Falfurias. The DPS where physically and verbally violent towards my family and me. On or about July 22, 2001 at around 4:00 p.m., they assaulted my family and me in many ways, they did everything from pushing, shoving, putting there guns on our heads, and hand cuffing me in a brutal matter when we were the wrong target. My family and I are very placid family. As well as hard working and with a lot of dignity. I have lived in the United State and I have never been arrested nor have I ever gotten a ticket. I have been working in Lopez Supermarket for many years.

    On or about July 22, 2001 at around 4:00 p.m., I was driving by Falfurias in my 1997 Ford F150, extended cab with my wife (Sylvia Trevino), sister (Elsa Trevino), niece (Claudia Pinales) and nephew (Alejandro Guerrero) when suddenly I saw many government cars go by. I slow down thinking there was a big accident just right in front. My family and I speculated the worst that someone was in a big accident and we hoped everything was okay. As I continued to drive I had already reduce my speed, when suddenly I saw the officers putting a long peace of rug with nails. I automatically stopped. The officers run towards my truck and start assaulting, pushing and grabbing us like if we were criminals. I tried asking them what is going on? My family and I never resisted arrest. My family and I were very scared and we did as were told at all times. DPS, Constables, Sherriffs, Border Patrol and investigators with civil clothing were there at the scene. They put guns to our heads. Officers had my wife, sister, niece and nephew on there knees. I was very scared and kept yelling to my family to please do everything they were told. They had me handcuffed and face down to the road pavement. It was a very hot day, my face was burning so I tried keeping my face up when finally they picked me up. I kept telling the officers they were wrong that were falsely accusing us. Then suddenly they got a call in the radio and let us go without giving us an explanation to what went wrong.

    We all get up and get in my truck and continue driving, when we see the same officers doing the same to another family. I stop and approach an officer asking him what went on back there. He tells me that it was a false alarm and that they thought it was my truck. The truck they had stopped was very different from my truck. I also asked him why they had just left us out there without asking us if we were okay nor that they were sorry for the misunderstanding. I then approached the Border Patrol and Constables and they told me that they had nothing to do with what went on back there that they were called in for just back up because DPS was going to do a bust. They gave me there names and license plates so that I can see they were not lying.

    These people have caused my family and I a lot of emotional distress and bodily injury. When we arrived to our home in Brownsville, my wife, sister and I could not stand the pain from all the strangling and pushing. My wife when the officer forced her to get of the truck she stepped wrong and hurt her ankle and leg, my sister is hurt from her back and I am hurt from my neck. The pain was so strong we had to go to the hospital. In the

27

hospital they told us that we had some ligaments torn. My wife has high blood pressure and my sister is a diabetic, I was afraid something could of happened to them with all this racket. As to my niece, her pants tore and she felt embarrassed with all officers and people just looking at her. My nephew he has felt very emotional distressed to what happened. I think these people did us wrong. My family and I are very hurt and upset at the way we were treated. DPS treated us like dogs. I think dogs are probably treated better than we were.

The reason I am doing this affidavit is because I am ver disturbed about this incident. I would not want this to happen to anyone. This is very upsetting and embarrassing. My family and I have retained the services of Garza & Salinas, L.L.P. Should you have any questions please feel to contact my attorney Reynaldo G. Garza, III. at 680 E. St. Charles, Ste. 110, Brownsville, TX 78520, 956-574-9502.

I would like to state that I gave this statement under my own free will. I have not been threatened or promised anything in return for my statement. My statement was read to me in Spanish and I find it to be true and correct.

_____
Carlos Trevino

SUBSCRIBED AND SWORN TO BEFORE ME, by the said Carlos Trevino on this the 29 day of August , 2001.

_____
Notary Public in and for Cameron
County, Texas

28

Affidavit of _Sylvia Trevino_
Page _____ of _____

     I have read and acknowledge the complaint of Carlos Trevino.
I hereby join in the complaint and state that it is a true and
correct rendition of the events that occured that day.
     The statement of Carlos Trevino is attached hereto and is
in  corporated for all purposes.



I have read the above statement consisting of __1__ page(s), which is based on my personal knowledge,
and it is true and correct.



Subscribed and sworn to before me, the undersigned authority, on this the _28_ day of _August_ ,
A.D. _2001_ :

_____
Notary

C31

EXHIBIT
4

8-12-96

## PENAL CODE

**Sec. 37.02. Perjury.** (a) A person commits an offense, if with intent to deceive and with knowledge of the statement's meaning:

(1) he makes a false statement under oath or swears to the truth of a false statement previously made and the statement is required or authorized by law to be made under oath; or

(2) he makes a false unsworn declaration under Chapter 132, Civil Practice and Remedies Code.

(b) An offense under this section is a Class A misdemeanor.

**Sec. 37.03. Aggravated Perjury.** (a) A person commits an offense if he commits perjury as defined in Section 37.02, and the false statement:

(1) is made during or in connection with an official proceeding; and

(2) is material.

(b) An offense under this section is a felony of the third degree.

## TEXAS GOVERNMENT CODE

### Complaint Against Law Enforcement Officer or Firefighter

**Sec. 614.022. Complaint to be in Writing and signed by Complainant.** To be considered by the head of a state agency or by the head of a fire or police department, the complaint must be: (1) in writing; and (2) signed by the person making the complaint.

**Sec. 614.023. Copy of Complaint to be Given to Officer or Employee.**

(a) A copy of a signed complaint against a law enforcement officer, firefighter, or police officer shall be given to the officer or employee within a reasonable time after the complaint is filed.

(b) Disciplinary action may not be taken against the officer or employee unless a copy of the signed complaint is given to the officer or employee.

Acts 1993, 73rd Leg., Ch. 263, Sec. 1, eff. 9-1-93

## PERSONNEL COMPLAINT
## AFFIDAVIT

STATE OF __TEXAS__

COUNTY OF __CAMERON__

Before me, the undersigned authority in and for the State of __TEXAS__ , on this day personally appeared __CARLOS TREVINO__ , who, after being by me duly sworn, deposed and said:

My name is __CARLOS TREVINO__ . I am __42__ years of age and my date of birth is __11-04-58__ .

3-17-00

STATE OF TEXAS              §

COUNTY OF CAMERON   §

BEFORE ME, the undersigned authority, a Notary Public in and for Cameron County, Texas, on this day personally appeared, Carlos Trevino, who after by me being sworn did depose and say:

My name is Carlos Trevino. I am here today at the Law Office of Garza & Salinas, L.L.P. to make my statement against the authority in Falfurias. The DPS where physically and verbally violent towards my family and me. On or about July 22, 2001 at around 4:00 p.m., they assaulted my family and me in many ways, they did everything from pushing, shoving, putting there guns on our heads, and hand cuffing me in a brutal matter when we were the wrong target. My family and I are very placid family. As well as hard working and with a lot of dignity. I have lived in the United State and I have never been arrested nor have I ever gotten a ticket. I have been working in Lopez Supermarket for many years.

On or about July 22, 2001 at around 4:00 p.m., I was driving by Falfurias in my 1997 Ford F150, extended cab with my wife (Sylvia Trevino), sister (Elsa Trevino), niece (Claudia Pinales) and nephew (Alejandro Guerrero) when suddenly I saw many government cars go by. I slow down thinking there was a big accident just right in front. My family and I speculated the worst that someone was in a big accident and we hoped everything was okay. As I continued to drive I had already reduce my speed, when suddenly I saw the officers putting a long peace of rug with nails. I automatically stopped. The officers run towards my truck and start assaulting, pushing and grabbing us like if we were criminals. I tried asking them what is going on? My family and I never resisted arrest. My family and I were very scared and we did as were told at all times. DPS, Constables, Sherriffs, Border Patrol and investigators with civil clothing were there at the scene. They put guns to our heads. Officers had my wife, sister, niece and nephew on there knees. I was very scared and kept yelling to my family to please do everything they were told. They had me handcuffed and face down to the road pavement. It was a very hot day, my face was burning so I tried keeping my face up when finally they picked me up. I kept telling the officers they were wrong that were falsely accusing us. Then suddenly they got a call in the radio and let us go without giving us an explanation to what went wrong.

We all get up and get in my truck and continue driving, when we see the same officers doing the same to another family. I stop and approach an officer asking him what went on back there. He tells me that it was a false alarm and that they thought it was my truck. The truck they had stopped was very different from my truck. I also asked him why they had just left us out there without asking us if we were okay nor that they were sorry for the misunderstanding. I then approached the Border Patrol and Constables and they told me that they had nothing to do with what went on back there that they were called in for just back up because DPS was going to do a bust. They gave me there names and license plates so that I can see they were not lying.

These people have caused my family and I a lot of emotional distress and bodily injury. When we arrived to our home in Brownsville, my wife, sister and I could not stand the pain from all the strangling and pushing. My wife when the officer forced her to get of the truck she stepped wrong and hurt her ankle and leg, my sister is hurt from her back and I am hurt from my neck. The pain was so strong we had to go to the hospital. In the

27

hospital they told us that we had some ligaments torn. My wife has high blood pressure and my sister is a diabetic, I was afraid something could of happened to them with all this racket. As to my niece, her pants tore and she felt embarrassed with all officers and people just looking at her. My nephew he has felt very emotional distressed to what happened. I think these people did us wrong. My family and I are very hurt and upset at the way we were treated. DPS treated us like dogs. I think dogs are probably treated better than we were.

The reason I am doing this affidavit is because I am ver disturbed about this incident. I would not want this to happen to anyone. This is very upsetting and embarrassing. My family and I have retained the services of Garza & Salinas, L.L.P. Should you have any questions please feel to contact my attorney Reynaldo G. Garza, III. at 680 E. St. Charles, Ste. 110, Brownsville, TX 78520, 956-574-9502.

I would like to state that I gave this statement under my own free will. I have not been threatened or promised anything in return for my statement. My statement was read to me in Spanish and I find it to be true and correct.

_Carlos L. Trevino_
Carlos Trevino

SUBSCRIBED AND SWORN TO BEFORE ME, by the said Carlos Trevino on this the 2 8 day of _August_ , 2001.

_Carla Espino_
Notary Public in and for Cameron County, Texas



$28

ANNEX #7
Page 4 of 4

01.07.00.00A

Affidavit of _Claudia Pinales_
Page _____ of _____


    I have read and acknowledge the complaint of Carlos Treviño.
I hereby join in the complaint and state that it is a true and
correct rendition of the events that occured that day.
    The statement of Carlos Trevino is attached hereto and is
in corporated for all purposes.



I have read the above statement consisting of ___/___ page(s), which is based on my personal knowledge,
and it is true and correct.

_Claudia Pinales_

Subscribed and sworn to before me, the undersigned authority, on this the _28_ day of _August_ ,
A.D. _2001_ .

_Onalea Espinoza_       32
Notary



EXHIBIT
5

8-12-98

## PENAL CODE

**Sec. 37.02. Perjury.** (a) A person commits an offense, if with intent to deceive and with knowledge of the statement's meaning:

(1) he makes a false statement under oath or swears to the truth of a false statement previously made and the statement is required or authorized by law to be made under oath; or

(2) he makes a false unsworn declaration under Chapter 132, Civil Practice and Remedies Code.

(b) An offense under this section is a Class A misdemeanor.

**Sec. 37.03. Aggravated Perjury.** (a) A person commits an offense if he commits perjury as defined in Section 37.02, and the false statement:

(1) is made during or in connection with an official proceeding; and

(2) is material.

(b) An offense under this section is a felony of the third degree.

## TEXAS GOVERNMENT CODE

### Complaint Against Law Enforcement Officer or Firefighter

**Sec. 614.022. Complaint to be in Writing and signed by Complainant.** To be considered by the head of a state agency or by the head of a fire or police department, the complaint must be: (1) in writing; and (2) signed by the person making the complaint.

**Sec. 614.023. Copy of Complaint to be Given to Officer or Employee.**

(a) A copy of a signed complaint against a law enforcement officer, firefighter, or police officer shall be given to the officer or employee within a reasonable time after the complaint is filed.

(b) Disciplinary action may not be taken against the officer or employee unless a copy of the signed complaint is given to the officer or employee.

Acts 1993, 73rd Leg., Ch. 263, Sec. 1, eff. 9-1-93

## PERSONNEL COMPLAINT
## AFFIDAVIT

STATE OF __TEXAS_____

COUNTY OF __CAMERON_____

Before me, the undersigned authority in and for the State of __TEXAS_____, on this day personally appeared __CARLOS TREVINO_____, who, after being by me duly sworn, deposed and said:

My name is __CARLOS TREVINO_____. I am __42__ years of age and my date of birth is __11-04-58_____.

26

3-17-00

STATE OF TEXAS          §

COUNTY OF CAMERON   §

BEFORE ME, the undersigned authority, a Notary Public in and for Cameron County, Texas, on this day personally appeared, Carlos Trevino, who after by me being sworn did depose and say:

My name is Carlos Trevino. I am here today at the Law Office of Garza & Salinas, L.L.P. to make my statement against the authority in Falfurias. The DPS where physically and verbally violent towards my family and me. On or about July 22, 2001 at around 4:00 p.m., they assaulted my family and me in many ways, they did everything from pushing, shoving, putting there guns on our heads, and hand cuffing me in a brutal matter when we were the wrong target. My family and I are very placid family. As well as hard working and with a lot of dignity. I have lived in the United State and I have never been arrested nor have I ever gotten a ticket. I have been working in Lopez Supermarket for many years.

On or about July 22, 2001 at around 4:00 p.m., I was driving by Falfurias in my 1997 Ford F150, extended cab with my wife (Sylvia Trevino), sister (Elsa Trevino), niece (Claudia Pinales) and nephew (Alejandro Guerrero) when suddenly I saw many government cars go by. I slow down thinking there was a big accident just right in front. My family and I speculated the worst that someone was in a big accident and we hoped everything was okay. As I continued to drive I had already reduce my speed, when suddenly I saw the officers putting a long peace of rug with nails. I automatically stopped. The officers run towards my truck and start assaulting, pushing and grabbing us like if we were criminals. I tried asking them what is going on? My family and I never resisted arrest. My family and I were very scared and we did as were told at all times. DPS, Constables, Sheriffs, Border Patrol and investigators with civil clothing were there at the scene. They put guns to our heads. Officers had my wife, sister, niece and nephew on there knees. I was very scared and kept yelling to my family to please do everything they were told. They had me handcuffed and face down to the road pavement. It was a very hot day, my face was burning so I tried keeping my face up when finally they picked me up. I kept telling the officers they were wrong that were falsely accusing us. Then suddenly they got a call in the radio and let us go without giving us an explanation to what went wrong.

We all get up and get in my truck and continue driving, when we see the same officers doing the same to another family. I stop and approach an officer asking him what went on back there. He tells me that it was a false alarm and that they thought it was my truck. The truck they had stopped was very different from my truck. I also asked him why they had just left us out there without asking us if we were okay nor that they were sorry for the misunderstanding. I then approached the Border Patrol and Constables and they told me that they had nothing to do with what went on back there that they were called in for just back up because DPS was going to do a bust. They gave me there names and license plates so that I can see they were not lying.

These people have caused my family and I a lot of emotional distress and bodily injury. When we arrived to our home in Brownsville, my wife, sister and I could not stand the pain from all the strangling and pushing. My wife when the officer forced her to get of the truck she stepped wrong and hurt her ankle and leg, my sister is hurt from her back and I am hurt from my neck. The pain was so strong we had to go to the hospital. In the

27

hospital they told us that we had some ligaments torn. My wife has high blood pressure and my sister is a diabetic, I was afraid something could of happened to them with all this racket. As to my niece, her pants tore and she felt embarrassed with all officers and people just looking at her. My nephew he has felt very emotional distressed to what happened. I think these people did us wrong. My family and I are very hurt and upset at the way we were treated. DPS treated us like dogs. I think dogs are probably treated better than we were.

The reason I am doing this affidavit is because I am ver disturbed about this incident. I would not want this to happen to anyone. This is very upsetting and embarrassing. My family and I have retained the services of Garza & Salinas, L.L.P. Should you have any questions please feel to contact my attorney Reynaldo G. Garza, III. at 680 E. St. Charles, Ste. 110, Brownsville, TX 78520, 956-574-9502.

I would like to state that I gave this statement under my own free will. I have not been threatened or promised anything in return for my statement. My statement was read to me in Spanish and I find it to be true and correct.

_____
Carlos Trevino

SUBSCRIBED AND SWORN TO BEFORE ME, by the said Carlos Trevino on this the 2 9 day of _August_, 2001.

_____
Notary Public in and for Cameron
County, Texas



28

01.07.00.00A

Affidavit of _Alejandro Guerrero_

Page _____ of _____

 

 

 

        I have read and acknowledge the complaint of Carlos Trevino.
I hereby join in the complaint and state that it is a true and
correct rendition of the events that occured that day.
        The statement of Carlos Trevino is attached hereto and
is  in corporated for all purposes.



I have read the above statement consisting of ___1___ page(s), which is based on my personal knowledge,
and it is true and correct.

_Alejandro Guerrero_

Subscribed and sworn to before me, the undersigned authority, on this the _28_ day of _August_ .
A.D. _2001_ .

_Adali Espinoza_                    ⬚33

Notary

EXHIBIT
6

8-12-96

## PENAL CODE

**Sec. 37.02. Perjury.** (a) A person commits an offense, if with intent to deceive and with knowledge of the statement's meaning:

(1) he makes a false statement under oath or swears to the truth of a false statement previously made and the statement is required or authorized by law to be made under oath; or

(2) he makes a false unsworn declaration under Chapter 132, Civil Practice and Remedies Code.

(b) An offense under this section is a Class A misdemeanor.

**Sec. 37.03. Aggravated Perjury.** (a) A person commits an offense if he commits perjury as defined in Section 37.02, and the false statement:

(1) is made during or in connection with an official proceeding; and

(2) is material.

(b) An offense under this section is a felony of the third degree.

## TEXAS GOVERNMENT CODE

### Complaint Against Law Enforcement Officer or Firefighter

**Sec. 614.022. Complaint to be in Writing and signed by Complainant.** To be considered by the head of a state agency or by the head of a fire or police department, the complaint must be: (1) in writing; and (2) signed by the person making the complaint.

**Sec. 614.023. Copy of Complaint to be Given to Officer or Employee.**

(a) A copy of a signed complaint against a law enforcement officer, firefighter, or police officer shall be given to the officer or employee within a reasonable time after the complaint is filed.

(b) Disciplinary action may not be taken against the officer or employee unless a copy of the signed complaint is given to the officer or employee.

Acts 1993, 73rd Leg., Ch. 263, Sec. 1, eff. 9-1-93

## PERSONNEL COMPLAINT
## AFFIDAVIT

STATE OF __TEXAS__

COUNTY OF __CAMERON__

Before me, the undersigned authority in and for the State of __TEXAS__ , on this day personally appeared __CARLOS TREVINO__ , who, after being by me duly sworn, deposed and said:

My name is __CARLOS TREVINO__ . I am __42__ years of age and my date of birth is __11-04-58__ .

:26

3-17-00

STATE OF TEXAS          §

COUNTY OF CAMERON  §

BEFORE ME, the undersigned authority, a Notary Public in and for Cameron County, Texas, on this day personally appeared, Carlos Trevino, who after by me being sworn did depose and say:

My name is Carlos Trevino. I am here today at the Law Office of Garza & Salinas, L.L.P. to make my statement against the authority in Falfurias. The DPS where physically and verbally violent towards my family and me. On or about July 22, 2001 at around 4:00 p.m., they assaulted my family and me in many ways, they did everything from pushing, shoving, putting there guns on our heads, and hand cuffing me in a brutal matter when we were the wrong target. My family and I are very placid family. As well as hard working and with a lot of dignity. I have lived in the United State and I have never been arrested nor have I ever gotten a ticket. I have been working in Lopez Supermarket for many years.

On or about July 22, 2001 at around 4:00 p.m., I was driving by Falfurias in my 1997 Ford F150, extended cab with my wife (Sylvia Trevino), sister (Elsa Trevino), niece (Claudia Pinales) and nephew (Alejandro Guerrero) when suddenly I saw many government cars go by. I slow down thinking there was a big accident just right in front. My family and I speculated the worst that someone was in a big accident and we hoped everything was okay. As I continued to drive I had already reduce my speed, when suddenly I saw the officers putting a long peace of rug with nails. I automatically stopped. The officers run towards my truck and start assaulting, pushing and grabbing us like if we were criminals. I tried asking them what is going on? My family and I never resisted arrest. My family and I were very scared and we did as were told at all times. DPS, Constables, Sherriffs, Border Patrol and investigators with civil clothing were there at the scene. They put guns to our heads. Officers had my wife, sister, niece and nephew on there knees. I was very scared and kept yelling to my family to please do everything they were told. They had me handcuffed and face down to the road pavement. It was a very hot day, my face was burning so I tried keeping my face up when finally they picked me up. I kept telling the officers they were wrong that were falsely accusing us. Then suddenly they got a call in the radio and let us go without giving us an explanation to what went wrong.

We all get up and get in my truck and continue driving, when we see the same officers doing the same to another family. I stop and approach an officer asking him what went on back there. He tells me that it was a false alarm and that they thought it was my truck. The truck they had stopped was very different from my truck. I also asked him why they had just left us out there without asking us if we were okay nor that they were sorry for the misunderstanding. I then approached the Border Patrol and Constables and they told me that they had nothing to do with what went on back there that they were called in for just back up because DPS was going to do a bust. They gave me there names and license plates so that I can see they were not lying.

These people have caused my family and I a lot of emotional distress and bodily injury. When we arrived to our home in Brownsville, my wife, sister and I could not stand the pain from all the strangling and pushing. My wife when the officer forced her to get of the truck she stepped wrong and hurt her ankle and leg, my sister is hurt from her back and I am hurt from my neck. The pain was so strong we had to go to the hospital. In the

27

hospital they told us that we had some ligaments torn. My wife has high blood pressure and my sister is a diabetic, I was afraid something could of happened to them with all this racket. As to my niece, her pants tore and she felt embarrassed with all officers and people just looking at her. My nephew he has felt very emotional distressed to what happened. I think these people did us wrong. My family and I are very hurt and upset at the way we were treated. DPS treated us like dogs. I think dogs are probably treated better than we were.

The reason I am doing this affidavit is because I am ver disturbed about this incident. I would not want this to happen to anyone. This is very upsetting and embarrassing. My family and I have retained the services of Garza & Salinas, L.L.P. Should you have any questions please feel to contact my attorney Reynaldo G. Garza, III. at 680 E. St. Charles, Ste. 110, Brownsville, TX 78520, 956-574-9502.

I would like to state that I gave this statement under my own free will. I have not been threatened or promised anything in return for my statement. My statement was read to me in Spanish and I find it to be true and correct.


_____
Carlos Trevino


SUBSCRIBED AND SWORN TO BEFORE ME, by the said Carlos Trevino on this the 29 day of August , 2001.


_____
Notary Public in and for Cameron
County, Texas



28