United States District Court
Southern District of Texas
FILED

NOV 2 5 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CARLOS TREVINO, *et al.*, | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-02-165 |
| | § | |
| STATE OF TEXAS, *et al.*, | § | |
| *Defendants*. | § | JURY |

### Defendants' Supplemental Witness List

17.  Mario D. Guerra[1]
     Constable for Willacy County
     P.O. Box 73
     Raymondville, Texas 78580

Will testify regarding the incident in question.

                Respectfully submitted,

                GREG ABBOTT
                Attorney General of Texas

                BARRY R. MCBEE
                First Assistant Attorney General

                EDWARD D. BURBACH
                Deputy Attorney General for Litigation

                DAVID A. TALBOT, JR.
                Assistant Attorney General
                Acting Chief, Law Enforcement Defense Division

---

[1] Mr. Guerra was omitted by mistake from the Defendants' witness list submitted with the pre-trial order. However, Mr. Guerra's testimony should not surprise the Plaintiffs. Mr. Guerra's testimony in affidavit form was provided in January of 2003 in Defendants' disclosure and was provided again when Defendants filed their motion for summary judgment in September of 2003. Therefore, Plaintiffs are aware of his testimony, despite Defendants mistakenly omitting him from their witness list.

_____
SETH BYRON DENNIS
Assistant Attorney General
State Bar No. 00790580
Southern District No.18527
P. O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2080
Fax No. (512) 495-9139

**Attorneys for Defendants**

**Certificate of Service**

I, Seth Byron Dennis, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing **Defendants' Supplemental Witness List** has been served by placing facsimile on this the 24th day of November, 2003, addressed to:

Reynaldo Garza, III
via facsimile number 956-541-7694

_____
SETH BYRON DENNIS
Assistant Attorney General