United States District Court
Southern District of Texas
FILED

NOV 2 5 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **CARLOS TREVINO**, *et al.*, | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-02-165 |
| | § | |
| **STATE OF TEXAS**, *et al.*, | § | |
| *Defendants*. | § | **JURY** |

### Defendants' Objections to Plaintiffs' Exhibits

Defendants Raul Garza and the Texas Department of Public Safety object to the Plaintiffs' exhibits as follows:[1]

Exhibit 3:   Document has never been disclosed to the Defendants as required by Rule 26(a); Failure to authenticate as required by Rule 901.

Exhibit 4:   Document has never been disclosed to the Defendants as required by Rule 26(a); Failure to authenticate as required by Rule 901; Hearsay, Rule 802.

Exhibit 5:   Document has never been disclosed to the Defendants as required by Rule 26(a); Failure to authenticate as required by Rule 901.

Exhibit 6:   Document has never been disclosed to the Defendants as required by Rule 26(a); Failure to authenticate as required by Rule 901; Hearsay, Rule 802.

Exhibit 7:   Document has never been disclosed to the Defendants as required by Rule 26(a); Failure to authenticate as required by Rule 901.

Exhibit 8:   Document has never been disclosed to the Defendants as required by Rule 26(a); Failure to authenticate as required by Rule 901; Hearsay, Rule 802.

---

[1] LR46 requires that a copy of the exhibit be attached to the objections. Defendants are unable to comply with regards to their objections to Plaintiffs' Exhibits 3-15 as they have not been provided to the Defendants.

Exhibit 9:   Document has never been disclosed to the Defendants as required by Rule 26(a); Failure to authenticate as required by Rule 901.

Exhibit 10:  Document has never been disclosed to the Defendants as required by Rule 26(a); Failure to authenticate as required by Rule 901; Hearsay, Rule 802.

Exhibit 11:  Document has never been disclosed to the Defendants as required by Rule 26(a); Failure to authenticate as required by Rule 901.

Exhibit 12:  Document has never been disclosed to the Defendants as required by Rule 26(a); Failure to authenticate as required by Rule 901; Hearsay, Rule 802.

Exhibit 13:  Document has never been disclosed to the Defendants as required by Rule 26(a); Failure to authenticate as required by Rule 901.

Exhibit 14:  Document has never been disclosed to the Defendants as required by Rule 26(a); Failure to authenticate as required by Rule 901; Hearsay, Rule 802.

Exhibit 15:  Document has never been disclosed to the Defendants as required by Rule 26(a); Failure to authenticate as required by Rule 901; Hearsay, Rule 802.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

BARRY R. McBEE
First Assistant Attorney General

EDWARD D. BURBACH
Deputy Attorney General for Litigation

DAVID A. TALBOT, JR.
Assistant Attorney General
Acting Chief, Law Enforcement Defense Division

_____
SETH BYRON DENNIS
Assistant Attorney General
State Bar No. 00790580
Southern District No. 18527
P. O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2080
Fax No. (512) 495-9139

**Attorneys for Defendants**

**Certificate of Service**

I, Seth Byron Dennis, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing **Defendants' Objections to Plaintiffs' Exhibits** has been served by United States mail on this the 24th day of November, 2003, addressed to:

Reynaldo Garza, III
Law Office of Ernesto Gamez, Jr. P.C.
777 E Harrison Street
Brownsville, Texas 78520

_____
SETH BYRON DENNIS
Assistant Attorney General



# ATTORNEY GENERAL OF TEXAS

### GREG ABBOTT

November 24, 2003

Michael N. Milby, Clerk       Via UPS No. 1Z 7X8 954 22 1029 896 5
United States District Court
Southern District of Texas - Brownsville Division
600 East Harrison Street, Room 101
Brownsville, Texas 78520-7114

Re:   *Carlos Trevino, et al. v. State of Texas, et al.;*
      **Civil Action No. B-02-165**

Dear Clerk:

Enclosed please find the originals and one copy each of **(1) Defendants' Reply to Plaintiffs' Response to Defendants' Motion for Summary Judgment; (2)Defendants' Supplemental Witness List; and (3) Defendants' Objections to Plaintiffs' Exhibits** along with a proposed **Order** to be filed among the papers of the above styled and referenced cause.

Would you please indicate the date of filing on the enclosed copy of this letter and return it to me in the enclosed postpaid envelope. By copy of this letter, I am forwarding a copy of these instruments as indicated in the certificate of service.

Thank you for your attention to this matter.

Very truly yours,

SETH BYRON DENNIS
Assistant Attorney General
Law Enforcement Defense Division
Office (512)463-2080
Fax (512)495-9139

SBD/sw
Enclosures

c:    Reynaldo Garza, III., Atty at Law
      Phil Adkins, DPS Office of Legal Services - Inter Agency Mail
      File

POST OFFICE BOX 12548, AUSTIN, TEXAS 78711-2548 TEL: (512)463-2100 WEB: WWW.OAG.STATE.TX.US
*An Equal Employment Opportunity Employer · Printed on Recycled Paper*