IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 0 3 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| CARLOS TREVINO, ET AL., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action B-02-165 |
| STATE OF TEXAS, ET AL. | § § § | |
| Defendants. | § | |

### ORDER

BE IT REMEMBERED that on December 3, 2003, the Court **GRANTED** Defendants Raul Garza ("Garza") and Texas Department of Public Safety ("DPS") motion for summary judgment [Dkt. No. 21]. A separate memorandum and opinion will follow.

DONE at Brownsville, Texas, this 3rd day of December 2003.

_____
Hilda G. Tagle
United States District Judge