


United States District Court
Southern District of Texas
FILED

DEC 3 0 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

CIVIL NO. B-02-165

| | | |
|---|---|---|
| CARLOS TREVINO, ET AL | * | |
| PLAINTIFFS | * | |
| | * | |
| VS. | * | NOTICE OF APPEAL |
| | * | |
| STATE OF TEXAS, ET AL | * | |
| DEFENDANTS | * | |

Notice is hereby given that Carlos Trevino, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the 5th Circuit from this Courts Order Granting Defendants' Motion for Summary Judgment entered in this action on the 3rd day of December, 2003.

LAW OFFICES OF
ERNESTO GAMEZ, JR., P.C.
777 East Harrison
Brownsville, Texas 78520
TEL/ (956) 541-3820
FAX/ (956) 541-7694

BY: _____
REYNALDO G. GARZA, III
SBOT NO. 24008806
FED. ID. NO. 23747

## CERTIFICATE OF SERVICE

On this the 30th day of December, 2003 a true and correct copy of the above referenced Notice of Appeal was sent via certified mail to all counsel of record.

_____
Reynaldo G. Garza, III