IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 04-40082

United States District Court
Southern District of Texas
FILED
FEB 20 2004
Michael N. Milby
Clerk of Court

U.S. COURT OF APPEALS
FILED
FEB 16 2004
CHARLES R. FULBRUGE III
CLERK

CARLOS TREVINO; ET AL

    Plaintiffs

CARLOS TREVINO

    Plaintiff - Appellant

v.

STATE OF TEXAS, Department of Public Safety; RAUL GARZA, State Trooper

    Defendants - Appellees

---

Appeal from the United States District Court for the
Southern District of Texas, Brownsville

---

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as of February 16, 2004, for want of prosecution. The appellant failed to timely order transcript and make financial arrangements with the court reporter.

                CHARLES R. FULBRUGE III
                Clerk of the United States Court
                of Appeals for the Fifth Circuit

        By: _____
            James deMontluzin, Deputy Clerk
        ENTERED AT THE DIRECTION OF THE COURT

DIS-2

A true copy
Test:
Clerk, U. S. Court of Appeals, Fifth Circuit
By _____
                Deputy
New Orleans, Louisiana   FEB 16 2004