IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 1 9 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| CARLOS TREVINO, ET AL., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action B-02-165 |
| STATE OF TEXAS, ET AL. | § § | |
| Defendants. | § § | |

### ORDER

BE IT REMEMBERED that on August 19, 2005, the Court, having granted defendants Raul Garza and Texas Department of Public Safety motions for summary judgment, Dkt. No. 21, entered **FINAL JUDGMENT** for the defendants pursuant to Federal Rules of Civil Procedure, Rule 58.

The Clerk is instructed to **CLOSE** this case and remove it from this Court's pending case docket.

DONE at Brownsville, Texas, this 19 day of August, 2005.

_____
Hilda G. Tagle
United States District Judge